UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   Docket No.: 1:17-cv-01007
CORAL REALTY, LLC, and CORAL
CRYSTAL, LLC et al.,

       Plaintiffs,  STATEMENT OF OMITTED
             INFORMATION PURSUANT TO
             LOCAL CIVIL RULE 81.1

  -against-

FEDERAL INSURANCE COMPANY,

       Defendant.
------------------------------------x

  Plaintiffs as and for their statement of omitted information set forth the following:

1. CORAL REALTY, LLC is owned as follows:

  80.883% by Alex Forkosh (NY)

  18.17% by MLSF 2000, LLC[1] (NY)

  1% by Corigin Holdings LLC (Delaware)

2. CORAL CRYSTAL, LLC is owned as follows:

  99% by Coral Realty, LLC (NY)

  1% by Coral Crystal Manager Corp[2] (NY)

Dated: New York, New York
   February 15, 2017

            WILKOFSKY, FRIEDMAN,
            KAREL & CUMMINS

     By: _____
       DAVID B. KAREL
       Attorneys for Plaintiffs (3465)
       299 Broadway, Suite 1700
       New York, New York 10007
       (212) 285-0510

---

[1] Owned 90% by Alex Forkosh and 10% by MLS 2000 Real Estate Trust

[2] Owned 100% by Alex Forkosh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x Docket No.: 1:17-cv-01007
CORAL REALTY, LLC, and CORAL
CRYSTAL, LLC et al.,

                       Plaintiffs,

**SUPPLEMENTAL STATEMENT OF OMITTED INFORMATION PURSUANT TO LOCAL CIVIL RULE 81.1**

    -against-

FEDERAL INSURANCE COMPANY,

                       Defendant.
----------------------------------------x

    Plaintiffs as and for their supplemental statement of omitted information set forth the following as for Plaintiffs and their respective states of citizenship as of the date Plaintiffs' complaint was filed:

    1. As and for the members of Corigin Holdings LLC, Plaintiffs have no access to such information.

    2. The members and shareholders of MLS 2000 Real Estate Trust are as follows:

    Michelle Podolsky, New York;

    Lucie Podolsky, New York;

    Steven Forkosh, New York.

    3. The trustees of MLS 2000 Real Estate Trust are as follows:

    Andrew Albstein, New York;

    Cris Alcamo, Pennsylvania.

Dated: New York, New York
       February 28, 2017

                              WILKOFSKY, FRIEDMAN,
                              KAREL & CUMMINS
             By: _____
                    DAVID B. KAREL
                    Attorneys for Plaintiffs (3465)
                    299 Broadway, Suite 1700
                    New York, New York 10007
                    (212) 285-0510

15J125.L16.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CORAL REALTY, LLC, et al.,

                    Plaintiffs,

      v.

FEDERAL INSURANCE COMPANY,

                    Defendant.

------------------------------------------------------------------X

Civil Action No.:
17-cv-01007-DAB

Judge Deborah A. Batts

## DECLARATION OF SCOTT D. SIMON
## IN RESPONSE TO SUBPOENA ON CORIGIN HOLDINGS LLC

SCOTT D. SIMON, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney with the law firm Goetz Fitzpatrick LLP, counsel for Corigin Holdings LLC ("Corigin").

2. I submit this declaration in response to a subpoena dated August 16, 2018 that was served upon Corigin by Federal Insurance Company, the defendant in the above-captioned action ("Subpoena").

3. The Subpoena seeks the citizenship of Corigin's members because Corigin is a member of Coral Realty, LLC, a plaintiff in the above-captioned action.

4. Corigin is comprised of two members: one natural person ("Member A") and one trust ("Member B"). A trust's citizenship is determined by the citizenship of both the trustee and the beneficiaries. *See Mills 2011 LLC v. Synovus Bank*, 921 F.Supp.2d 219 (S.D.N.Y.2013).

5. Member A is a citizen of the state of New York.

6. Member B is comprised of a trustee and three beneficiaries ("Beneficiary A," "Beneficiary B" and "Beneficiary C").

7. The trustee is a natural person and a citizen of the state of New York.

8. Beneficiaries A and B are natural persons and citizens of the state of New York.

9. Beneficiary C is a natural person and a citizen of the state of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2018.

By: _____
Scott D. Simon, Esq.
Goetz Fitzpatrick LLP
*Attorneys for Corigin Holdings LLC*
One Penn Plaza, 31st Floor
New York, NY 10119
212-695-8100
ssimon@goetzfitz.com