**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

CORAL REALTY, LLC, and CORAL CRYSTAL LLC,

                    Plaintiff,

          v.

FEDERAL INSURANCE COMPANY.

                    Defendants.

------------------------------------------------------------------------X

Civil Action No:
1:17-cv-01007

**Judge Laura T. Swain;
Magistrate Judge Barbara
C. Moses**

## DECLARATION OF CHARLES ROCCO

CHARLES J. ROCCO deposes and states the following under the penalty of perjury:

1. I am a member of the Bar of this Court and a partner at the firm of Foran Glennon Palandech Ponzi & Rudloff, P.C., counsel for Defendant Federal Insurance Company ("Federal").

2. I submit this Declaration in support of Federal's Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

3. A true and correct copy of the Complaint (ECF # 1-3) and its exhibits, as filed by Coral Realty, LLC and Coral Crystal, LLC on January 10, 2017, is annexed hereto as **Exhibit A**.

4. A true and correct copy of Federal's Answer (ECF # 10) is annexed hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: November 18, 2020
New York, New York

                                                Respectfully Submitted,

                                                **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:

                                                */s/ Charles J. Rocco*
Charles J. Rocco, Esq. (CR8646)
*Attorney for Defendant*
*Federal Insurance Company*
40 Wall Street, 54th Floor
New York, New York 10005
Tel:    (212) 257-7100
Fax:   (212) 257-7199
crocco@fgppr.com