EXHIBIT "2"

# SWORN STATEMENT IN PROOF OF LOSS
(For Use With Replacement Cost Coverages)

### BUILDING - PARTIAL

$47,000,000.00
Amount Of Policy At Time Of Loss

009 9836120 00
Policy Number

8/15/2012
Date Issued

Cortland Insurance Agency, Inc.
Agent

8/15/2013
Date Expires

Brooklyn, NY
Agency At

To Federal Insurance Company of Warren, NEW JERSEY. At time of loss, by the above indicated policy of insurance you insured Coral Realty LLC, Et al against loss by "all risks" to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A PHYSICAL DAMAGE loss occurred about the hour of 00:00 o'clock A.M./P.M., on this 5th Day of December 2012. The cause and origin of the said loss were:
2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: As Intended
3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was that of owner. No other person or persons had any interest therein or encumbrance thereon, except: Citigroup Global Markets Realty Corp
4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: No Exceptions
5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $47,000,000.00, as more particularly specified in the apportionment attached under "C" (not applicable), besides which there was no policy or other contract of insurance, written or oral, valid or invalid.
6. **Full Replacement Cost** of the said property at the time of the loss was ................................................ $ 50,953,390.00
7. **The Full Cost of Repair or Replacement** is.................................................................................... $ 7,225,708.00
8. Applicable **Depreciation or Betterment** is .................................................................................... $ Not applicable
9. **Actual Cash Value** is (Line 7 minus Line 8)................................................................................... $ 7,225,708.00
10. **Less deductibles** ............................................................................................................................. $ 10,000.00
11. **Actual Cash Value Claim** is (Line 9 minus Line 10)(building)...................................................... $ 7,215,708.00
12. **Supplemental Claim** in accordance with the policy provisions.
Cost coverage within 730 days from the date of loss as shown above, will not exceed ........................... $ Not applicable
(This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable.)

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of _New York_

X _____
Coral Realty LLC, Et al

County of _New York_

Subscribed and sworn to before me this 17th day of _August_ 2015

Notary Public

**LEAH RIMAN**
**Notary Public, State of New York**
**No. 01RI6061956**
**Qualified in Kings County**
**Commission Expires July 23, 2017**

The assured reserves the right to amend this Sworn Statement in Proof of Loss should information become known which would warrant such amendment.



### SCHEDULE "A" POLICY FORM

Policy Form No. 009 9836120 00 _____ Dated 8/14/2015 _____
Item 1. $47,000,000.00 _____ On Building _____
Item 2. $5,800,000.00 _____ On Business Income with Extra Expense _____
Item 3. $ _____ On _____
Item 4. $ _____ On _____
Situated 129 Third Avenue, New York, New York _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

### SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | See supporting documentstion annexed hereto submitted in support of the claims | Actual Cash Value | Loss And Damage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals | | | |

### SCHEDULE "C" – APPORTIONMENT

| Policy No. | Expires | Name of Company | Item No _____ | | Item No _____ | |
|---|---|---|---|---|---|---|
| | | | Insures | Pays | Insures | Pays |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_____Adjuster

### RECEIPT FOR PAYMENT

Received of _____ (insurer) of _____
_____ Dollars ($_____)
in full satisfaction and indemnity for all claims and demands; upon said company on account of said loss and damage and the said policy is hereby _____ (State whether **Reduced, Reduced and Reinstated** or **Canceled** by payment.)

Dated _____ 20_____ _____

The Insured

Dated _____ 20_____ _____

The Mortgagee

Case 1:17-cv-01007-LTS-BCM  Document 70-4  Filed 11/18/20  Page 4 of 92

EXHIBIT "3"

## ROSNER NOCERA & RAGONE, LLP

JOHN A. NOCERA*
RANDY G. ROSNER*
PETER A. RAGONE*
GERALD M. JACOBS*
ELIOT L. GREENBERG*
JOHN P. FOUDY †
ANTHONY L. COTRONEO*

ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

PHONE: 212-635-2244
FAX: 212-635-0533
EMAIL: INFO@RNRLAWGROUP.COM

ELAINE LAU †
LUIGI TOLLIS †
RAPHAEL I. RUTTENBERG †
SCOTT J. KANTOR †
ROMAIN D. WALKER *

* ADMITTED IN N.Y. AND N.J.
† ADMITTED IN N.Y. ONLY

August 28, 2015

## CONFIDENTIAL – NOT FOR DISTRIBUTION TO THIRD PARTIES

**Via E-Mail**
David B. Karel, Esq.
Wilkofsky, Friedman,
Karel & Cummins
299 Broadway, 17th Floor
New York, New York 10007

Karl L. Denison, CPPA
Goodman-Gable-Gould/Adjusters International
10110 Molecular Drive, Suite 300
Rockville, MD 20850

|  | Re: | Chubb Claim No. | : | 040514018651 |
|---|---|---|---|---|
|  |  | Insured | : | Coral Realty LLC et al |
|  |  | Date of loss | : | 12-5-12 |
|  |  | York claim | : | CHME-0707A9 |

Dear David and Karl:

On behalf of Federal Insurance Company ("Federal") we have been requested to acknowledge receipt of the August 18, 2015 sworn statement in proof of loss for the building repair claim ("Proof of Loss").

Federal can neither accept nor reject the Proof of Loss at this time. Before Federal can accept or reject the Proof of Loss, or propose an adjustment of the claim, additional time is necessary for the building repair portion of the claim to be reviewed and investigated by Federal and its building and engineering consultants, and for the issues referenced below to be discussed with the insured. Additional information or documentation may also be required from the insured or its consultants and we will advise you regarding any such requests. We cannot at this time estimate how long this process will take, but we have been actively evaluating and

investigating the building claim, as well as potential repair alternatives, and will keep you advised.

Please note this letter, the attachments and all other materials submitted in connection with this preliminary response to the Proof of Loss are provided on a strictly **confidential** basis. They are not to be distributed or have their content revealed outside of the insured, or its agents/attorneys. In particular, the information provided is not to be made known to any of the parties in the pending litigation against McArthur Morgan, Seabreeze Construction, or others, without the prior express written consent of Federal.

Although Federal's final position with respect to the Proof of Loss is not due at this time, we have expedited our preliminary review of the claim as submitted. We have done this in part due to the unusual situation presented by this claim, where no access is presently obtainable to the insured's exterior building façade affected by the occurrence. Were such access to be obtained, there can be no reasonable dispute that the normal and preferred method for repairing the damage would be from the exterior. Therefore, as we advised you previously, we have also inquired of representatives of McArthur Morgan/133 3rd Ave. if they may be willing to grant such access, or cooperate in a demolition of all or part of the existing incomplete structure at 133 3rd Ave. As noted by Halliwell Engineering in their confidential attached submission, the incomplete structure at 133 3rd Ave. appears to require demolition.

We have kept you advised of our inquiry to 133 3rd Ave. and have invited you to attend our upcoming discussion with them. Since the meeting with 133 3rd Ave. will be on September 3, 2015, we have expedited this preliminary claim review so we may simultaneously share with you both our preliminary thoughts concerning the Proof of Loss as submitted, and the potential for alternatives.

Federal believes additional investigation and review is required regarding the feasibility, scope, magnitude, and level of expense proposed for the repair methodology and the costs reflected in the $7,225,708.69 Atlantic Estimating, LLC estimate submitted with the Proof of Loss. The reasons are outlined below and in the attachments. Since the claim investigation is not complete, and a final response to the Proof of Loss is not required at this time, the following does not represent a final coverage or adjustment position with respect to the Proof of Loss, or an exclusive listing of all such reasons or concerns.

We enclose on a confidential basis an Interim Claim Analysis prepared by DBI Construction Consultants, including some 17 pages of comments and observations regarding the repair proposal, repair methodology, and the magnitude of the work proposed in the Atlantic Estimating LLC estimate of costs. Please keep in mind the DBI Interim Claim Analysis is a review of the Atlantic Estimating, LLC repair estimate only and is not an estimate of costs to effect any particular repair.

As noted by DBI Construction Consultants and Halliwell Engineering in their confidential preliminary comments which we have attached, the method of repair proposed has not yet been demonstrated to be feasible. In addition, the scope and magnitude of the repairs

claimed appears to significantly exceed those which would be necessary, or which would be required by the New York City Department of Buildings, if feasibility were to be established.

By way of one feasibility example only, documents available on the NYC DOB website, and documents which the insured obtained in discovery in the pending litigation, reflect there is at present a complete NYC DOB Stop Work Order in place with respect to work affecting the structure at 133 3rd Ave. The insured's repair proposal does not demonstrate how the Stop Work Order will be addressed. The proposed repair as described involves "chipping away" and removing at least 2 inches of concrete from the existing 133 3rd Ave concrete reinforced structure. DOB documents reflect that when the General Contractor, Seabreeze, proposed a top down "chipping away" solution for the concrete which had been poured against the 129 3rd Ave. exterior building façade, the DOB voiced disapproval of such a proposal, noting it would negatively impact the depth of concrete required to remain around the rebar in the existing incomplete structure at 133 3rd Ave. This is only one feasibility example, but a significant one. Others are discussed in the confidential attachments.

With respect to the magnitude and extent of the repair proposed by the insured, Federal and its consultants also question the extensive structure and new construction being proposed for a *temporary* ingress/egress stairway which will be demolished after the repair is complete. This item alone accounts for approximately 3.8 million dollars of the costs in the Atlantic estimate (as noted by DBI in its confidential preliminary variance summary).

The repair proposal as submitted appears to incorrectly assume that the proposed stairway is required to conform to building code requirements. However, no building code or other requirements have been specified which would require such an elaborate or costly new, yet temporary structure. In our investigation of this issue, we have researched DOB requirements and have determined that such an extensive temporary stair structure would not be required. Instead, a temporary light metal scaffolding type stairway with a roof and safety netting will be sufficient to meet minimum building code requirements (assuming any exterior stairway will be necessary).

In this regard, we also draw your attention to the following provisions in policy form 10 – 02 – 1897 which provide coverage only for the minimum requirements of building codes affecting the demolition, construction or repair of buildings, and which states in pertinent part as follows:

B.   Application Of Coverage

The Coverage provided by this endorsement applies only if both **B.1** and **B.2** are satisfied and is then subject to the qualifications set forth in **B.3**.

1.   The ordinance or law:

a.   Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

3

b.      Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance of law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

Please refer to the attached confidential DBI and Halliwell submissions for more detailed observations concerning the building claim as submitted in the Proof of Loss. Those observations indicate the feasibility of the repair method upon which the Proof of Loss is based has not yet been established. Nor has it been established that such method would result in a permanent and weatherproof repair. As noted, that fact has caused us to explore whether an alternative exists to effect a more conventional and permanent repair.

If the insured's repair method is eventually established to be feasible and to be the only viable repair option, it does not appear that the magnitude of the repairs, and the extensive construction proposed to accomplish them, are required to meet minimum building code requirements. The policy coverage would not respond to those costs which are in excess of minimum building code requirements.

Again, these are preliminary questions and observations, and do not represent a final claim adjustment position. Federal and its consultants are prepared to review and discuss them further with you.

Federal has acknowledged through York Risk Services that the December 2012 damage to the building represents an occurrence for which coverage is available under the policy, subject to the policy's terms, conditions and limitations (and subject to any potential exclusions which might be discovered to be applicable).

Therefore, please also consider this letter as notice of Federal's intentions under section 4(c) of the policy's Building and Personal Property loss payment coverage form. Subject to the foregoing, Federal will pay the reasonable and necessary costs for the repair or replacement of the damaged property, subject to the policy's conditions, limitations (and any exclusions which might subsequently be determined to be applicable). Federal reserves the right to amend such notice of intentions should circumstances warrant.

While the above issues are being addressed and hopefully resolved, please be advised that except as expressly stated above and with respect to the extension of time to sue previously granted, Federal reserves all rights available to it, whether under the policy or applicable law, whether or not stated herein, including without limitation the right to request further information and documents from the insured regarding the claim submitted, and that none of the policy's terms, conditions, exclusions, or limitations are being modified or waived. Federal's continuing investigation into this claim is being conducted under such reservation of rights.

Please review the confidential enclosures and advise when the insured is prepared to discuss those issues.

Very truly yours,

ROSNER NOCERA & RAGONE, LLP

By: _____

       John A. Nocera

JAN/eb

cc:    Stewart Wolf, Esq.
       C. Hyde
       M. Zimmerman

eb:coral.ltr.27
8/15

5



# *HALLIWELL*
## *Engineering Associates*

August 27, 2015

Attn:   John Nocera, Esquire
      Rosner Nocera & Ragone, LLP
      61 Broadway, Suite 1900
      New York, New York 10006

RE:

| | |
|---|---|
| Claim No: | 040514018651 |
| **Document Type:** | **INVEST-ENGINEERING REPORT** |
| Date of Loss: | December 5, 2012 |
| Insurance Co: | Chubb |
| Policy No: | 00998362100 |
| Insured: | Coral realty, LLC |
| Location of Loss: | 201 East 14th street, NY, NY (Subject Building) AKA as 129 3rd Avenue |
| | |
| Independent Adjuster: | York RSG |
| IA File No. | YKFA-014828 |
| HEA Project No: | 13-046 |

**Questions regarding the Preliminary scheme for the temporary placement of Stair Tower 1**
**(as presented by C3D)**

1.  The C3D preliminary layout A-100.00, dated 11.19.14 indicates 7 floors. The top of the concrete at 133 3rd Ave stops just above the 5th floor. Can the temporary stair encompass 6 floors?
2.  Why is there a stucco finish over a temporary stair? Would this be an embossed/textured sandwich panel system?
3.  C3D preliminary design has a full length landing and a single run stair. Stairs between floors and landing can be accomplished in half this square footage.
4.  There are three intermediate landings in the existing stair tower between the 2nd floor and the first floor.  Utilizing this same amount of landings for the temporary stair would decrease the size of the footprint on to the sidewalk.
5.  The concrete structure of 133 3rd Ave extends (and may protrude/overhang north wall), several feet beyond the inset elevator lobby hallway of 129 3rd Ave. You will not be able to enclose and finish the temporary stair along the north wall. Consider a 4' wide egress path bridge out alongside of the brick wall at each floor to an independent 6 story stair tower on the sidewalk?
6.  How is C3D correcting any north wall façade conditions at the first floor lobby?
7.  If not correcting any façade conditions at the first floor north concrete block wall then the existing stair (with limited façade work at the second floor landing – starting façade repairs from the fifth floor down) … tenants not wanting to use elevators could utilize stair one to get to the second floor then proceed to the second interior stair tower to access higher floors.

**15 E. Ridge Pike · Suite 203 · Conshohocken · PA · 19002 · (484) 368·3099 · Fax (484) 351·8847**

Providence • New York • Philadelphia • Hilton Head • Miami • Orlando • Tampa • Cleveland
Cincinnati • Chicago • Austin • Houston • Denver • Los Angeles

**Inside-out façade replacement of north wall:**

1. There was some preliminary discussion at our initial site meeting with C3D regarding removal and replacing the north façade from the inside out. Has any more insight or detailing come together for the potential soldered panel system? Has this type of construction and process been undertaken before for this inside out replacement? Please establish the feasibility, practicality and sustainability of this process?

2. Can there be assurance that this new exterior skin and the tie-in's to the surrounding EIFS system for a water tight façade?

3. It was mentioned that the concrete and possibility reinforcing steel rods are protruding across the property line, and in areas leaning on the framing of 129 3rd Ave. As part of the inside/out replacement it was mentioned that chipping away of the 133 structure may be required to be able to pass by the floors of 129 3rd to install the new envelope. Would chipping away and removal of any concrete or steel reinforcing affect the structural integrity of the 133 structure? Is permission needed from 133 to undertake any disturbance of their structure?

4. Based on review of NYCDOB violation notices to 133, it would be believed that in the future the 133 structure would have to be demolished? They cannot build on top of what is there, it does not have the proper setback from the property line, it is partially on the property of 129, there is no way to repair it and it is also imposing on the 129 structure. Therefore when the concrete structure is removed, the inside outside skin will be visible.
   a) Will this be a cosmetic concern?
   b) Will there be need to readdress the appearance and the weather tight conditions?

Jeffrey A. Bossert, Registered Architect, AIA, LEED AP
Director/Senior Forensic Architect
*Halliwell Engineering Associates, Inc*.



# Interim Claim Analysis Report



## Coral Realty
129 3rd Avenue, New York, NY 10013

| | |
|---|---|
| Prepared for: | Rosner, Nocera, & Ragone, LLP |
| Care of: | John Nocera<br>Partner |
| Claim #: | TBD |
| Prepared by: | Tomer Saar<br>Managing Director |
| Prepared on: | August 28, 2015 |

Coral Realty
Interim Claim Analysis Report

## TABLE OF CONTENTS

Interim Claim Analysis Narrative.............................................................. TAB 1

Interim Claim Analysis ...................................................................... TAB 2

Stair Tower Diagrams ........................................................................ TAB 3

Field Photo Report  .......................................................................... TAB 4

Coral Realty
Interim Claim Analysis Report

# INTERIM CLAIM ANALYSIS

# NARRATIVE

# TAB 1

## Interim Claim Analysis Report

## A.    Introduction

### A.1.    Assignment

At the request of Chubb Insurance and Rosner, Nocera, & Ragone, LLP, DBI was assigned to analyze the claim submitted on August 11, 2015 in order to provide our opinion of the required scope of work and associated pricing to repair damage to a multi-use building located at 129 Third Avenue, New York, NY 10003.

### A.2.    Property & Damage Overview

The subject property is a 16 story, approximately 80,600 square feet building which houses a Duane Reed at the ground level and dormitories for New York University above. Completed in 1999, the building is constructed structural and steel-stud framing, and has a masonry and EIFS façade. Typical interior finishes for student housing and retail use were observed.

It is claimed that while the adjacent structure, located at 133 3rd Avenue, was being erected, its south poured concrete shear wall was constructed without creating a proper seismic gap and has caused varying degrees of damage to the building façade, structure, and interiors of the subject property from the ground level to the fifth floor.

### A.3.    Claim

- Repair Methodology – The insured has proposed a method to:

    o   Alleviate the pressure from the adjacent building by demolishing part of the south facing structural shear wall of the adjacent structure.

    o   Repair the building façade to a watertight condition by replacing the existing EIFS system with a standing seam copper panel system.

    o   Perform interior repairs to all floors (Basement – 16th Floor).

- The unique approach in achieving the scope mentioned above is that the insured suggests completing these tasks from the inside of the subject property (129 3rd Avenue).  Since the work includes areas used as means of egress an additional temporary structure will need to be erected and dismantled at the commencement and completion of the project.   The temporary structure proposed by the insured will essentially meet a "permanent structure" type standard.

- Repair Cost – The insured is claiming that the hard cost (General Contractor Costs) to complete this repair methodology is $7,225,709.

Coral Realty                                                                                          August 28, 2015
Interim Claim Analysis Report

## B.      DBI Claim Analysis

DBI has created a preliminary review and analysis of the repair estimate submitted by Atlantic Estimating, LLC to remediate the claimed loss-related conditions. As this analysis is preliminary in nature and the specific scope requires additional clarification and information (phasing, means & methods, design drawings, specifications, etc.), the DBI claim analysis is subject to change based on the presentation of new information.  Please refer to Tab #2 for the complete DBI claim analysis.

A summary of the current analysis measurement is as follows:

| Atlantic Estimate | DBI Analysis | Variance |
|---|---|---|
| $7,225,709 | $1,560,221 | $5,665,488 |

### B.1.    Overview

- **General** – It is important to note that the proposed repair methodology at its current presentation is schematic at best and is missing significant information required to properly evaluate its feasibility.  At this point, DBI is unable to determine whether or not repairs under this methodology can be achieved.   However, in an effort to move the claim process forward, we performed our analysis under the assumption that it could be done. DBI then developed an analysis in a form of questions in regards to the necessity of certain scope items.

- **Claim Methodology** – The proposed claim repair methodology encompasses two main aspects:

    o   Repairs to the north facing elevation including associated demolition, façade repairs, structural repairs, interior repairs, etc.  The claimed value for this portion of the repairs is approximately $3.4M

    o   Erection and dismantling of a temporary (permanent) means of egress in order to allow for the repairs to the north facing elevation while the property is occupied.  The claimed value for this portion of the repairs is approximately $3.8M

- **B.2.    Findings Related to the North Facing Elevation**

The following are the main questions arising from the proposed scope.  For additional detail, a line by line analysis of the claimed repair procedure can be found at Tab #2 of this report.

    o   The claimed wall system is comprised of standing seam copper panels.  The proposed installation includes soldering and crimping of all vertical and horizontal seams.  Since this system is often utilized for water proofing of roofs as well as

elevations by solely crimping the vertical standing seams, why is soldering of these seams required?

o   The claimed wall system includes the application of "SBS asphalt water barrier", 6 mil visqueen moisture barrier, 5" lag bolts, metal flashing and counter flashing at each floor, and fiberglass sheathing.  This repair methodology is frequently used in waterproofing applications without the above mentioned items, why are they required in this application?

o   The claimed wall system includes 430 squares (43,000 SF) of SBS asphalt water barrier.  As the affected area is approximately 60'x80' or 48 squares (4,800 SF), what is the necessity for such a vast area of water-proofing?

o   The claimed scope related to post-construction clean-up includes a crew of 4 men performing the work for duration of one year.  Please advise what activities are being performed that result in this excessive duration.

o   The claimed demolition scope includes the removal of 850 cubic yards of debris to be removed at a cost of $125/CY.  Please advise how the quantity of debris was calculated and the basis at which the unit cost created.

o   The claimed scope of repairs related to the trash chute include the demolition of the existing chute, construction of a temporary chute while repairs are ongoing, demolition of the temporary chute after repairs are completed, and replacement with a new chute.  Was any research done to alternative, more cost efficient methods to limit this scope of work?  In addition, please advise as to the basis at which the lump sum cost was created as the typical cost of a trash chute in New York is approximately $4,000/floor.

o   The claimed scope of electrical repairs includes the removal of all existing BX wiring, devices and conduit from the Basement to the 7th floor, the installation of all temporary conduits, BX wiring, 200 amp electric panels per floor, light fixtures, etc., the removal of all temporary power items, and the installation of all new wiring, conduits, devices, etc..  Please advise why the existing power cannot be used to perform temporary repairs.  In addition, please provide an explanation as to why all of the existing electrical conduit, wiring, devices, etc. will need to be removed.

- B.3.   Findings Related to the Temporary Egress

The following are the main questions arising from the proposed scope.  For additional detail, a line by line analysis of the claimed repair procedure can be found at Tab #2 of this report.

o   Based on the adjustment team's preliminary study of the NYCDOB requirements, a light metal stair tower (scaffolding type structure) can be sufficient to provide temporary egress while repairs are being completed.  Please advise what NYCDOB requirements the claimed stair structure is based upon.

Coral Realty                                                                          August 28, 2015
Interim Claim Analysis Report

- o   Assuming NYCDOB does require the type of structure being claimed, please advise of the following:

  - ▪   Why is the temporary tower (12'x24') twice the size of the existing emergency egress (6'x12') that is going to be off line during the repairs?

  - ▪   Why is the temporary tower erected up to the 7th floor if the adjacent building is constructed to the 5th floor?

  - ▪   What NYCDOB requirements are being referenced for the installation of a sprinkler system in the temporary stair tower?

  - ▪   What NYCDOB requirements are being referenced for the installation of air conditioning and pressurization of the temporary stair tower?

  - ▪   What NYCDOB requirements are being referenced for the necessity of an EIFS exterior finish for the temporary stair tower?

  - ▪   What structural engineering analysis was being referenced for the calculation of the weight of steel required to construct the claimed temporary stair tower?

  - ▪   What structural engineering analysis was being referenced for the necessity of a concrete foundation required for the temporary stair tower?

## C.    Supporting Documents

DBI has prepared a schematic diagram to illustrate our understanding of the proposed temporary egress stair structure.  Please see Tab #3 for the diagrams.

## D.    Photographs

A color photo report showing observed conditions with captions has been provided at Tab #4. Upon request, larger and/or additional images can be furnished.

*The findings and recommendations contained in this report are based on documentation obtained prior to the date of this report and are subject to change based on the presentation of new information.  DBI's findings and recommendations are subject to coverage review by the insurance carrier(s) and their representatives.*

Coral Realty
Interim Claim Analysis Report

# INTERIM CLAIM ANALYSIS

# TAB 2



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Main Variance Summary

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | DBI Analysis (8/27/2015) | Variance $ [C-D] | %* | Comment |
|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G |
| 1 | HVAC | $ 915,237 | $ 38,470 | $ 876,767 | 15% | Per Halliwell Engineering, air conditioning or pressurization of exterior stairwell is not required.  Additionally, DBI does not recommend the removal, relocation, and installation of the "wall mounted convector units" on floors 2-7 as they are not in the affected area.  DBI estimated amount is to relocate the riu's above the lobby roof to the sidewalk bridge to maintain use in Lobby area, including associated piping, duct, and electrical |
| 2 | Stair Tower | $ 739,211 | $ - | $ 739,211 | 13% | The Atlantic Estimate is to install a permanently fixed structure, including structural steel, concrete foundation, EIFS façade, with full electrical, lighting, and mechanical installations.  The DBI analysis assumes the installation of a temporary scaffold stair tower enclosed in plywood, with a lightweight roofing system, and temporary lighting.  DBI's costs are captures in the Scaffold section of this analysis. |
| 3 | Elevation Repairs | $ 984,397 | $ 436,339 | $ 548,058 | 10% | The main variance is due to the number of labor hours and material.  The DBI analysis includes the use of galvanized metal panels vs. the claimed methodology of a copper panel system.  Please refer to Claim Analysis Detail for additional information. |
| 4 | Post Construction Cleanup | $ 472,530 | $ 38,888 | $ 433,642 | 8% | Atlantic estimating is claiming that post construction cleanup will take 1 year.  The DBI analysis assumes that post construction cleanup should not exceed 2 days per floor or 12 days. |
| 5 | Scaffold | $ 512,500 | $ 100,000 | $ 412,500 | 7% | The DBI analysis assumes the use of a temporary exterior scaffold with access at each floor.  This cost assumes a light weight roof, plywood enclosure, signage, taxes, permits, fees, etc. |
| 6 | Demolition | $ 728,684 | $ 326,101 | $ 402,583 | 7% | The main variance in this category is due to the  labor hours required to perform the selected tasks.  See the Atlantic Estimate Detailed Analysis for additional information. |
| 7 | Trash Chute | $ 245,000 | $ 30,067 | $ 214,933 | 4% | Atlantic estimating is claiming that the trash chute is required to be removed, installation of a temporary stainless steel chute, removal of the temporary chute, and installation of a new chute.  The DBI estimate includes detaching and resetting of the trash chute at each floor as work is being performed and labor to remove tenant waste from all floors during that period. |
| 8 | Debris Removal | $ 209,534 | $ 49,844 | $ 159,690 | 3% | The main variance in this category is due to the quantity of debris to be removed, claimed amount 850 CY vs measured 130 CY.  In addition a significant difference in unit cost.  See the Atlantic Estimate Detailed Analysis for additional information. |
| 9 | Sitework/Excavation | $ 160,304 | $ - | $ 160,304 | 3% | The DBI analysis does not include any allowances for sitework or excavation as we assume the use of a temporary scaffold stair.  However, if a more temporary structure is required, DBI assumes the lobby roof will hold the bulk of the stair tower weight and both the excavation or installation of a concrete foundation would be unnecessary.  Held pending clarification as to the necessity of this scope item. |
| 10 | Electrical | $ 214,122 | $ 81,643 | $ 132,478 | 2% | The main variance in this category is due to the scope of work required to perform the necessary repairs.  Claimed amount calls for full replacement of all electrical components in the affected area and installation of a full paneled temporary system vs. the DBI analysis which assumes selective repairs of affected area and use of existing power while repairs are being performed.  See the Atlantic Estimate Detailed Analysis for additional information. |
| 11 | General Conditions | $ 261,944 | $ 138,951 | $ 122,994 | 2% | The main variance in this category is due to project duration, claimed of 12 months vs. estimated of 6.  See the Atlantic Estimate Detailed Analysis for additional information. |
| 12 | Interior Repairs (Floors 7-16) | $ 25,554 | $ - | $ 25,554 | 0% | DBI does not recommend any repairs to the floors above the 6th floor or the Basement as they will not be affected by the repair process.  See the Claim Analysis Detail for additional information. |
| 13 | Off-Site Storage | $ 17,500 | $ - | $ 17,500 | 0% | DBI does not recommend off-site storage as the 16th floor is already a vacant storage area.  Please advise why these materials cannot be stored in this space. |
| 14 | Duane Reed Sign | $ 13,500 | $ - | $ 13,500 | 0% | The main variance in this category is due to the scope of work required to perform the necessary repairs.  The DBI analysis does not assume any work related to the Duane Reed sign will be required as it is outside of the affected area.  See the Atlantic Estimate Detailed Analysis for additional information. |
| 15 | Interior Repairs (Floors 1-6) | $ 49,011 | $ 49,011 | $ - | 0% | DBI is in agreement in scope and price for the interior repairs from the Lobby to the 6th floor.  See the Claim Analysis Detail for additional information. |
| 16 | Total | $ 5,539,029 | $ 1,287,315 | $ 4,251,714 | 75% | |
| 20 | Overhead, Profit, & Tax | $ 1,686,680 | $ 272,906 | $ 1,413,774 | 25% | |
| 21 | Total | $ 7,225,709 | $ 1,560,221 | $ 5,665,488 | 78% | |

*Variance percentage represents the apportion of each line item of the total variance.



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 1 | **Main Level** | | | | | | | | | | | |
| 2 | **Lobby** | | | | | | | | | | | |
| 3 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 463.64 | SF | $ 2.77 | $ 1,284 | 463.64 | SF | $ 2.77 | $ 1,284 | $ - | 0% | |
| 4 | R&R Cove base molding - rubber or vinyl, 2 1/2" high | 36.42 | LF | $ 2.22 | $ 81 | 36.42 | LF | $ 2.22 | $ 81 | $ - | 0% | |
| 5 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 462.12 | SF | $ 2.92 | $ 1,349 | 462.12 | SF | $ 2.92 | $ 1,349 | $ - | 0% | |
| 6 | R&R Chair rail - oversized - 3 1/4" | 36.42 | LF | $ 3.90 | $ 142 | 36.42 | LF | $ 3.90 | $ 142 | $ - | 0% | |
| 7 | R&R Base cap | 36.42 | LF | $ 1.93 | $ 70 | 36.42 | LF | $ 1.93 | $ 70 | $ - | 0% | |
| 8 | R&R Marble base - high grade | 36.42 | LF | $ 23.71 | $ 864 | 36.42 | LF | $ 23.71 | $ 864 | $ - | 0% | |
| 9 | R&R base and prep for paint - plastic, paper, tape (per LF) | 102.51 | LF | $ 1.55 | $ 159 | 102.51 | LF | $ 1.55 | $ 159 | $ - | 0% | |
| 10 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 1716.97 | SF | $ 1.58 | $ 2,713 | 1716.97 | SF | $ 1.58 | $ 2,713 | $ - | 0% | |
| 11 | Paint chair rail - two coats | 97.51 | LF | $ 1.52 | $ 148 | 97.51 | LF | $ 1.52 | $ 148 | $ - | 0% | |
| 12 | Seal & paint base cap | 97.51 | LF | $ 0.84 | $ 82 | 97.51 | LF | $ 0.84 | $ 82 | $ - | 0% | |
| 13 | Clean and deodorize carpet | 451.63 | SF | $ 0.40 | $ 181 | 451.63 | SF | $ 0.40 | $ 181 | $ - | 0% | |
| 14 | **Lobby Subtotal** | | | | $ 7,073 | | | | $ 7,073 | $ - | 0% | |
| 15 | **Exit Hallway** | | | | | | | | | | | |
| 16 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 148.28 | SF | $ 2.77 | $ 411 | 148.28 | SF | $ 2.77 | $ 411 | $ - | 0% | |
| 17 | R&R Cove base molding - rubber or vinyl, 2 1/2" high | 14.92 | LF | $ 2.22 | $ 33 | 14.92 | LF | $ 2.22 | $ 33 | $ - | 0% | |
| 18 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 134.26 | SF | $ 2.92 | $ 392 | 134.26 | SF | $ 2.92 | $ 392 | $ - | 0% | |
| 19 | Remove Emergency lighting - battery - commercial | 1 | EA | $ 15.50 | $ 16 | 1.00 | EA | $ 15.50 | $ 16 | $ - | 0% | |
| 20 | (Install) Emergency lighting - battery - commercial | 1 | EA | $ 76.86 | $ 77 | 1.00 | EA | $ 76.86 | $ 77 | $ - | 0% | |
| 21 | Mask and prep for paint - plastic, paper, tape (per LF) | 38.25 | LF | $ 1.55 | $ 59 | 38.25 | LF | $ 1.55 | $ 59 | $ - | 0% | |
| 22 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 328.36 | SF | $ 1.58 | $ 519 | 328.36 | SF | $ 1.58 | $ 519 | $ - | 0% | |
| 23 | Paint door or window opening - 2 coats (per side) | 2 | EA | $ 32.47 | $ 65 | 2.00 | EA | $ 32.47 | $ 65 | $ - | 0% | |
| 24 | Paint door slab only - 2 coats (per side) | 2 | EA | $ 30.99 | $ 62 | 2.00 | EA | $ 30.99 | $ 62 | $ - | 0% | |
| 25 | Paint concrete the floor | 56.13 | SF | $ 0.96 | $ 54 | 56.13 | SF | $ 0.96 | $ 54 | $ - | 0% | |
| 26 | **Exit Hallway Subtotal** | | | | $ 1,687 | | | | $ 1,687 | $ - | 0% | |
| 27 | **Stairwell A** | | | | | | | | | | | |
| 28 | Mask and prep for paint - plastic, paper, tape (per LF) | 21.76 | LF | $ 1.55 | $ 34 | 21.76 | LF | $ 1.55 | $ 34 | $ - | 0% | |
| 29 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 345.63 | SF | $ 1.58 | $ 546 | 345.63 | SF | $ 1.58 | $ 546 | $ - | 0% | |
| 30 | Paint stair stringer - one side | 24.57 | LF | $ 3.97 | $ 98 | 24.57 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 31 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 32 | Seal & paint stair tread - per side per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |
| 33 | Seal & paint stair riser - per side - per LF (includes risers and treads for top and bottom side of each flight) | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 34 | Paint concrete the floor | 45.52 | SF | $ 0.96 | $ 44 | 45.52 | SF | $ 0.96 | $ 44 | $ - | 0% | |
| 35 | **Stairwell A Subtotal** | | | | $ 1,697 | | | | $ 1,697 | $ - | 0% | |
| 36 | **Main Level Subtotal** | | | | $ 10,456 | | | | $ 10,456 | $ - | 0% | |
| 37 | **Second Floor** | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (5/11/2015) | | | | DBI Analysis (5/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 38 | Stair A Hall | | | | | | | | | | | |
| 39 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 234.26 | SF | $ 2.77 | $ 649 | 234.26 | SF | $ 2.77 | $ 649 | $ - | 0% | |
| 40 | R&R Cove base molding - rubber or vinyl, 2 1/2" high | 25.92 | LF | $ 2.22 | $ 58 | 25.92 | LF | $ 2.22 | $ 58 | $ - | 0% | |
| 41 | R&R Metal studding, 8" wide, 16" OC, 25 gauge | 207.33 | SF | $ 2.92 | $ 605 | 207.33 | SF | $ 2.92 | $ 605 | $ - | 0% | |
| 42 | Mask and prep for paint - plastic, paper, tape (per LF) | 61.14 | LF | $ 1.55 | $ 95 | 61.14 | LF | $ 1.55 | $ 95 | $ - | 0% | |
| 43 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 550.83 | GF | $ 1.58 | $ 870 | 550.83 | GF | $ 1.58 | $ 870 | $ - | 0% | |
| 44 | Paint door or window opening - 2 coats (per side) | 2 | EA | $ 32.47 | $ 65 | 2.00 | EA | $ 32.47 | $ 65 | $ - | 0% | |
| 45 | Paint door slab only - 2 coats (per side) | 2 | EA | $ 30.99 | $ 62 | 2.00 | EA | $ 30.99 | $ 62 | $ - | 0% | |
| 46 | Stair A Hall Subtotal | | | | $ 2,404 | | | | $ 2,404 | $ - | 0% | |
| 47 | Stair A | | | | | | | | | | | |
| 48 | Seal/prime then paint the walls and ceiling twice - 2 colors | 333.36 | GF | $ 1.58 | $ 527 | 333.36 | GF | $ 1.58 | $ 527 | $ - | 0% | |
| 49 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 24.67 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 50 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 51 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |
| 52 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 53 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 26.86 | LF | $ 1.55 | $ 42 | $ - | 0% | |
| 54 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 43.67 | SF | $ 0.96 | $ 42 | $ - | 0% | |
| 55 | Stair A Subtotal | | | | $ 1,683 | | | | $ 1,683 | $ - | 0% | |
| 56 | Hallway | | | | | | | | | | | |
| 57 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 126.00 | SF | $ 2.77 | $ 349 | 126.00 | SF | $ 2.77 | $ 349 | $ - | 0% | |
| 58 | R&R Chair rail - 2 1/2" | 16.50 | LF | $ 3.40 | $ 56 | 16.50 | LF | $ 3.40 | $ 56 | $ - | 0% | |
| 59 | R&R Baseboard - 3 1/4" | 16.50 | LF | $ 3.62 | $ 60 | 16.50 | LF | $ 3.62 | $ 60 | $ - | 0% | |
| 60 | R&R Metal studding, 8" wide, 16" OC, 25 gauge | 58.50 | SF | $ 2.92 | $ 171 | 58.50 | SF | $ 2.92 | $ 171 | $ - | 0% | |
| 61 | Remove Emergency lighting - battery - commercial | 1 | EA | $ 15.50 | $ 16 | 1.00 | EA | $ 15.50 | $ 16 | $ - | 0% | |
| 62 | (Install) Emergency lighting - battery - commercial | 1 | EA | $ 76.86 | $ 77 | 1.00 | EA | $ 76.86 | $ 77 | $ - | 0% | |
| 63 | Mask and prep for paint - plastic, paper, tape (per LF) | 224.60 | LF | $ 1.55 | $ 348 | 224.60 | LF | $ 1.55 | $ 348 | $ - | 0% | |
| 64 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 2252.11 | GF | $ 1.58 | $ 3,558 | 2252.11 | GF | $ 1.58 | $ 3,558 | $ - | 0% | |
| 65 | Paint door or window opening - 2 coats (per side) | 10 | EA | $ 32.47 | $ 325 | 10.00 | EA | $ 32.47 | $ 325 | $ - | 0% | |
| 66 | Paint door slab only - 2 coats (per side) | 10 | EA | $ 30.99 | $ 310 | 10.00 | EA | $ 30.99 | $ 310 | $ - | 0% | |
| 67 | Paint chair rail - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 68 | Paint baseboard - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 69 | Clean floor, strip, & wax | 490.33 | SF | $ 0.78 | $ 382 | 490.33 | SF | $ 0.78 | $ 382 | $ - | 0% | |
| 70 | Hallway Subtotal | | | | $ 6,334 | | | | $ 6,334 | $ - | 0% | |
| 71 | Second Floor Subtotal | | | | $ 10,421 | | | | $ 10,421 | $ - | 0% | |
| 72 | Third Floor | | | | | | | | | | | |
| 73 | Stair A Hall | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 74 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 128.24 | SF | $ 2.77 | $ 355 | 128.24 | SF | $ 2.77 | $ 355 | $ - | 0% | |
| 75 | R&R Cove base molding - rubber or vinyl, 2 1/2" high | 14 | LF | $ 2.22 | $ 31 | 14.00 | LF | $ 2.22 | $ 31 | $ - | 0% | |
| 76 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 112.00 | SF | $ 2.92 | $ 327 | 112.00 | SF | $ 2.92 | $ 327 | $ - | 0% | |
| 77 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 37.31 | LF | $ 1.55 | $ 58 | $ - | 0% | |
| 78 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 317.46 | SF | $ 1.58 | $ 502 | $ - | 0% | |
| 79 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 1.00 | EA | $ 32.47 | $ 32 | $ - | 0% | |
| 80 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 1.00 | EA | $ 30.99 | $ 31 | $ - | 0% | |
| 81 | Stair A Hall Subtotal | | | | $ 1,336 | | | | $ 1,336 | $ - | 0% | |
| 82 | Stair A | | | | | | | | | | | |
| 83 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 333.30 | SF | $ 1.58 | $ 527 | $ - | 0% | |
| 84 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 24.67 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 85 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 86 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |
| 87 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 88 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 26.86 | LF | $ 1.55 | $ 42 | $ - | 0% | |
| 89 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 43.67 | SF | $ 0.96 | $ 42 | $ - | 0% | |
| 90 | Stair A Subtotal | | | | $ 1,683 | | | | $ 1,683 | $ - | 0% | |
| 91 | Hallway | | | | | | | | | | | |
| 92 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 126.00 | SF | $ 2.77 | $ 349 | 126.00 | SF | $ 2.77 | $ 349 | $ - | 0% | |
| 93 | R&R Chair rail - 2 1/2" | 16.50 | LF | $ 3.40 | $ 56 | 16.50 | LF | $ 3.40 | $ 56 | $ - | 0% | |
| 94 | R&R Baseboard - 3 1/4" | 16.50 | LF | $ 3.62 | $ 60 | 16.50 | LF | $ 3.62 | $ 60 | $ - | 0% | |
| 95 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 58.60 | SF | $ 2.92 | $ 171 | 58.50 | SF | $ 2.92 | $ 171 | $ - | 0% | |
| 96 | Remove Emergency lighting - battery - commercial | 1 | EA | $ 15.50 | $ 16 | 1.00 | EA | $ 15.50 | $ 16 | $ - | 0% | |
| 97 | (Install) Emergency lighting - battery - commercial | 1 | EA | $ 76.86 | $ 77 | 1.00 | EA | $ 76.86 | $ 77 | $ - | 0% | |
| 98 | Mask and prep for paint - plastic, paper, tape (per LF) | 224.60 | LF | $ 1.55 | $ 348 | 224.60 | LF | $ 1.55 | $ 348 | $ - | 0% | |
| 99 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 2252.11 | SF | $ 1.58 | $ 3,558 | 2252.11 | SF | $ 1.58 | $ 3,558 | $ - | 0% | |
| 100 | Paint door or window opening - 2 coats (per side) | 10 | EA | $ 32.47 | $ 325 | 10.00 | EA | $ 32.47 | $ 325 | $ - | 0% | |
| 101 | Paint door slab only - 2 coats (per side) | 10 | EA | $ 30.99 | $ 310 | 10.00 | EA | $ 30.99 | $ 310 | $ - | 0% | |
| 102 | Paint chair rail - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 103 | Paint baseboard - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 104 | Clean floor, strip, & wax | 490.33 | SF | $ 0.78 | $ 382 | 490.33 | SF | $ 0.78 | $ 382 | $ - | 0% | |
| 105 | Hallway Subtotal | | | | $ 6,334 | | | | $ 6,334 | $ - | 0% | |
| 106 | Back Bedroom | | | | | | | | | | | |
| 107 | Remote manipulation charge - per hour | 2.50 | HR | $ 41.36 | $ 103 | 2.50 | HR | $ 41.36 | $ 103 | $ - | 0% | |
| 108 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 139.00 | SF | $ 2.77 | $ 385 | 139.00 | SF | $ 2.77 | $ 385 | $ - | 0% | |

   Draft - For discussion purpose only.  Privileged Confidential - For counsel use only.



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [F/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 109 | R&R Baseboard - 3 1/4" | 11.58 | LF | $ 3.62 | $ 42 | 11.58 | LF | $ 3.62 | $ 42 | $ - | 0% | |
| 110 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 92.67 | SF | $ 2.92 | $ 271 | 92.67 | SF | $ 2.92 | $ 271 | $ - | 0% | |
| 111 | Window drapery - hardware - detach & reset | 1.00 | EA | $ 38.28 | $ 38 | 1.00 | EA | $ 38.28 | $ 38 | $ - | 0% | |
| 112 | Mask and prep for paint - plastic, paper, tape (per LF) | 77.37 | LF | $ 1.55 | $ 120 | 77.37 | LF | $ 1.55 | $ 120 | $ - | 0% | |
| 113 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 815.48 | SF | $ 1.21 | $ 987 | 815.48 | SF | $ 1.21 | $ 987 | $ - | 0% | |
| 114 | Paint door or window opening - 2 coats (per side) | 3 | EA | $ 32.47 | $ 97 | 3.00 | EA | $ 32.47 | $ 97 | $ - | 0% | |
| 115 | Paint door slab only - 2 coats (per side) | 3 | EA | $ 30.99 | $ 93 | 3.00 | EA | $ 30.99 | $ 93 | $ - | 0% | |
| 116 | Paint baseboard - two coats | 77.37 | LF | $ 1.52 | $ 118 | 77.37 | LF | $ 1.52 | $ 118 | $ - | 0% | |
| 117 | Clean floor, strip, & wax | 196.49 | SF | $ 0.78 | $ 153 | 196.49 | SF | $ 0.78 | $ 153 | $ - | 0% | |
| 118 | Back Bedroom Subtotal | | | | $ 2,407 | | | | $ 2,407 | $ - | 0% | |
| 119 | Third Floor Subtotal | | | | $ 11,761 | | | | $ 11,761 | $ - | 0% | |
| 120 | Fourth Floor | | | | | | | | | | | |
| 121 | Stair A Hall | | | | | | | | | | | |
| 122 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 128.24 | SF | $ 2.77 | $ 355 | 128.24 | SF | $ 2.77 | $ 355 | $ - | 0% | |
| 123 | R&R Cove base molding - rubber or vinyl, 2 1/2" high | 14 | LF | $ 2.22 | $ 31 | 14.00 | LF | $ 2.22 | $ 31 | $ - | 0% | |
| 124 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 112.00 | SF | $ 2.92 | $ 327 | 112.00 | SF | $ 2.92 | $ 327 | $ - | 0% | |
| 125 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 37.31 | LF | $ 1.55 | $ 58 | $ - | 0% | |
| 126 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 317.46 | SF | $ 1.58 | $ 502 | $ - | 0% | |
| 127 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 1.00 | EA | $ 32.47 | $ 32 | $ - | 0% | |
| 128 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 1.00 | EA | $ 30.99 | $ 31 | $ - | 0% | |
| 129 | Stair A Hall Subtotal | | | | $ 1,336 | | | | $ 1,336 | $ - | 0% | |
| 130 | Stair A | | | | | | | | | | | |
| 131 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 333.36 | SF | $ 1.58 | $ 527 | $ - | 0% | |
| 132 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 24.67 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 133 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 134 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |
| 135 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 136 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 26.86 | LF | $ 1.55 | $ 42 | $ - | 0% | |
| 137 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 43.67 | SF | $ 0.96 | $ 42 | $ - | 0% | |
| 138 | Stair A Subtotal | | | | $ 1,683 | | | | $ 1,683 | $ - | 0% | |
| 139 | Hallway | | | | | | | | | | | |
| 140 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 126.00 | SF | $ 2.77 | $ 349 | 126.00 | SF | $ 2.77 | $ 349 | $ - | 0% | |
| 141 | R&R Chair rail - 2 1/2" | 16.50 | LF | $ 3.40 | $ 56 | 16.50 | LF | $ 3.40 | $ 56 | $ - | 0% | |
| 142 | R&R Baseboard - 3 1/4" | 16.50 | LF | $ 3.62 | $ 60 | 16.50 | LF | $ 3.62 | $ 60 | $ - | 0% | |
| 143 | R&R Metal studding, 6" wide, 16" OC, 25 gauge | 58.50 | SF | $ 2.92 | $ 171 | 58.50 | SF | $ 2.92 | $ 171 | $ - | 0% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (6/11/2018) | | | | DBI Analysis (8/27/2018) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 144 | Remove Emergency lighting - battery - commercial | 1 | EA | $ 15.50 | $ 16 | 1.00 | EA | $ 15.50 | $ 16 | $ - | 0% | |
| 145 | (Install) Emergency lighting - battery - commercial | 1 | EA | $ 76.86 | $ 77 | 1.00 | EA | $ 76.86 | $ 77 | $ - | 0% | |
| 146 | Mask and prep for paint - plastic, paper, tape (per LF) | 224.60 | LF | $ 1.55 | $ 348 | 224.60 | LF | $ 1.55 | $ 348 | $ - | 0% | |
| 147 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 2252.11 | SF | $ 1.58 | $ 3,558 | 2252.11 | SF | $ 1.58 | $ 3,558 | $ - | 0% | |
| 148 | Paint door or window opening - 2 coats (per side) | 10 | EA | $ 32.47 | $ 325 | 10.00 | EA | $ 32.47 | $ 325 | $ - | 0% | |
| 149 | Paint door slab only - 2 coats (per side) | 10 | EA | $ 30.99 | $ 310 | 10.00 | EA | $ 30.99 | $ 310 | $ - | 0% | |
| 150 | Paint chair rail - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 151 | Paint baseboard - two coats | 224.60 | LF | $ 1.52 | $ 341 | 224.60 | LF | $ 1.52 | $ 341 | $ - | 0% | |
| 152 | Clean floor, strip, & wax | 490.33 | SF | $ 0.78 | $ 382 | 490.33 | SF | $ 0.78 | $ 382 | $ - | 0% | |
| 153 | Hallway Subtotal | | | | $ 6,334 | | | | $ 6,334 | $ - | 0% | |
| 154 | Back Bedroom | | | | | | | | | | | |
| 155 | Content manipulation charge - per hour | 2.50 | HR | $ 41.36 | $ 103 | 2.50 | HR | $ 41.36 | $ 103 | $ - | 0% | |
| 156 | R&R 5/8" drywall - hung, taped, floated, ready for paint | 139.00 | SF | $ 2.77 | $ 385 | 139.00 | SF | $ 2.77 | $ 385 | $ - | 0% | |
| 157 | R&R Baseboard - 3 1/4" | 11.58 | LF | $ 3.62 | $ 42 | 11.58 | LF | $ 3.62 | $ 42 | $ - | 0% | |
| 158 | R&R Metal studding, 8' wide, 16" OC, 25 gauge | 92.67 | SF | $ 2.92 | $ 271 | 92.67 | SF | $ 2.92 | $ 271 | $ - | 0% | |
| 159 | Window drapery - hardware - detach & reset | 1.00 | EA | $ 38.26 | $ 38 | 1.00 | EA | $ 38.26 | $ 38 | $ - | 0% | |
| 160 | Mask and prep for paint - plastic, paper, tape (per LF) | 77.37 | LF | $ 1.55 | $ 120 | 77.37 | LF | $ 1.55 | $ 120 | $ - | 0% | |
| 161 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 815.48 | SF | $ 1.21 | $ 987 | 815.48 | SF | $ 1.21 | $ 987 | $ - | 0% | |
| 162 | Paint door or window opening - 2 coats (per side) | 3 | EA | $ 32.47 | $ 97 | 3.00 | EA | $ 32.47 | $ 97 | $ - | 0% | |
| 163 | Paint door slab only - 2 coats (per side) | 3 | EA | $ 30.99 | $ 93 | 3.00 | EA | $ 30.99 | $ 93 | $ - | 0% | |
| 164 | Paint baseboard - two coats | 77.37 | LF | $ 1.52 | $ 118 | 77.37 | LF | $ 1.52 | $ 118 | $ - | 0% | |
| 165 | Clean floor, strip, & wax | 196.49 | SF | $ 0.78 | $ 153 | 196.49 | SF | $ 0.78 | $ 153 | $ - | 0% | |
| 166 | Back Bedroom Subtotal | | | | $ 2,407 | | | | $ 2,407 | $ - | 0% | |
| 167 | Fourth Floor Subtotal | | | | $ 11,761 | | | | $ 11,761 | $ - | 0% | |
| 168 | Fifth Floor | | | | | | | | | | | |
| 169 | Stair A Hall | | | | | | | | | | | |
| 170 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 37.31 | LF | $ 1.55 | $ 58 | $ - | 0% | |
| 171 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 317.46 | SF | $ 1.58 | $ 502 | $ - | 0% | |
| 172 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 1.00 | EA | $ 32.47 | $ 32 | $ - | 0% | |
| 173 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 1.00 | EA | $ 30.99 | $ 31 | $ - | 0% | |
| 174 | Stair A Hall Subtotal | | | | $ 623 | | | | $ 623 | $ - | 0% | |
| 175 | Stair A | | | | | | | | | | | |
| 176 | Seal/prime then paint the walls and ceiling twice (3 coats) - one side | 333.36 | SF | $ 1.58 | $ 527 | 333.36 | SF | $ 1.58 | $ 527 | $ - | 0% | |
| 177 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 24.67 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 178 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 179 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2016) | | | | DBI Analysis (8/27/2016) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 180 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 181 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 26.86 | LF | $ 1.55 | $ 42 | $ - | 0% | |
| 182 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 43.67 | SF | $ 0.96 | $ 42 | $ - | 0% | |
| 183 | Stair A Subtotal | | | | $ 1,663 | | | | $ 1,663 | $ - | 0% | |
| 184 | Fifth Floor Subtotal | | | | $ 2,306 | | | | $ 2,306 | $ - | 0% | |
| 185 | Sixth Floor | | | | | | | | | | | |
| 186 | Stair A Hall | | | | | | | | | | | |
| 187 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 37.31 | LF | $ 1.55 | $ 58 | $ - | 0% | |
| 188 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 317.46 | SF | $ 1.58 | $ 502 | $ - | 0% | |
| 189 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 1.00 | EA | $ 32.47 | $ 32 | $ - | 0% | |
| 190 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 1.00 | EA | $ 30.99 | $ 31 | $ - | 0% | |
| 191 | Stair A Hall Subtotal | | | | $ 623 | | | | $ 623 | $ - | 0% | |
| 192 | Stair A | | | | | | | | | | | |
| 193 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 333.36 | SF | $ 1.58 | $ 527 | $ - | 0% | |
| 194 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 24.67 | LF | $ 3.97 | $ 98 | $ - | 0% | |
| 195 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 12.33 | LF | $ 30.64 | $ 378 | $ - | 0% | |
| 196 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 60.00 | LF | $ 5.60 | $ 336 | $ - | 0% | |
| 197 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 70.00 | LF | $ 3.73 | $ 261 | $ - | 0% | |
| 198 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 26.86 | LF | $ 1.55 | $ 42 | $ - | 0% | |
| 199 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 43.67 | SF | $ 0.96 | $ 42 | $ - | 0% | |
| 200 | Stair A Subtotal | | | | $ 1,663 | | | | $ 1,663 | $ - | 0% | |
| 201 | Sixth Floor Subtotal | | | | $ 2,306 | | | | $ 2,306 | $ - | 0% | |
| 202 | Seventh Floor | | | | | | | | | | | The seventh floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 203 | Stair A Hall | | | | | | | | | | | |
| 204 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 205 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 206 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 207 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 208 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 209 | Stair A | | | | | | | | | | | |
| 210 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 211 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 212 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |



Coral Realty
129 3rd Avenue, New York, NY 10019
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (6/11/2015) | | | | DBI Analysis (9/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| | | C | D | E | F | G | H | I | J | K | L | M |
| 213 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 214 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 215 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 216 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 217 | Stair A Subtotal | | | $ | $ 1,683 | | | $ | $ - | $ 1,683 | 100% | |
| 218 | Seventh Floor Subtotal | | | $ | $ 2,306 | | | $ | $ - | $ 2,306 | 100% | |
| 219 | Basement | | | | | | | | | | | The basement is below the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 220 | Stairs to Basement | | | | | | | | | | | |
| 221 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 736.91 | SF | $ 1.58 | $ 1,164 | 0 | SF | $ - | $ - | $ 1,164 | 100% | |
| 222 | Paint stair stringer - one side | 57.33 | LF | $ 3.97 | $ 228 | 0 | LF | $ - | $ - | $ 228 | 100% | |
| 223 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 224 | Paint handrail - wall mounted | 14.33 | LF | $ 1.18 | $ 17 | 0 | LF | $ - | $ - | $ 17 | 100% | |
| 225 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 226 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 227 | Mask and prep for paint - plastic, paper, tape (per LF) | 71.65 | LF | $ 1.55 | $ 111 | 0 | LF | $ - | $ - | $ 111 | 100% | |
| 228 | Stairs to Basement Subtotal | | | $ | $ 2,495 | | | $ | $ - | $ 2,495 | 100% | |
| 229 | Basement Subtotal | | | $ | $ 2,495 | | | $ | $ - | $ 2,495 | 100% | |
| 230 | Eighth Floor | | | | | | | | | | | The eighth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 231 | Stair A Hall | | | | | | | | | | | |
| 232 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 233 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 234 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 235 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 236 | Stair A Hall Subtotal | | | $ | $ 623 | | | $ | $ - | $ 623 | 100% | |
| 237 | Stair A | | | | | | | | | | | |
| 238 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.38 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 239 | Paint stair stringer - one side | 24.57 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 240 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 241 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 242 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 243 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 244 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |



| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 245 | Stair A Subtotal | | | $ | 1,683 | | | $ | - | $ | 1,683 | 100% | |
| 246 | Eighth Floor Subtotal | | | $ | 2,306 | | | $ | - | $ | 2,306 | 100% | |
| 247 | Ninth Floor | | | | | | | | | | | The ninth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 248 | Stair A Hall | | | | | | | | | | | |
| 249 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 250 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 251 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 252 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 253 | Stair A Hall Subtotal | | | $ | 623 | | | $ | - | $ | 623 | 100% | |
| 254 | Stair A | | | | | | | | | | | |
| 255 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 256 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 257 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 258 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 259 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 260 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 25.65 | LF | $ 1.65 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 261 | Paint concrete the floor | 43.87 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 262 | Stair A Subtotal | | | $ | 1,683 | | | $ | - | $ | 1,683 | 100% | |
| 263 | Ninth Floor Subtotal | | | $ | 2,306 | | | $ | - | $ | 2,306 | 100% | |
| 264 | Tenth Floor | | | | | | | | | | | The tenth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 265 | Stair A Hall | | | | | | | | | | | |
| 266 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 267 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 268 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 269 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 270 | Stair A Hall Subtotal | | | $ | 623 | | | $ | - | $ | 623 | 100% | |
| 271 | Stair A | | | | | | | | | | | |
| 272 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 273 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 274 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 275 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 276 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K-F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 277 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 278 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 279 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 280 | Tenth Floor Subtotal | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 281 | Eleventh Floor | | | | | | | | | | | The eleventh floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 282 | Stair A Hall | | | | | | | | | | | |
| 283 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 284 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.49 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 285 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 286 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 287 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 288 | Stair A | | | | | | | | | | | |
| 289 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 290 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 291 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 292 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 293 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 294 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 295 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 296 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 297 | Eleventh Floor Subtotal | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 298 | Twelfth Floor | | | | | | | | | | | The twelfth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 299 | Stair A Hall | | | | | | | | | | | |
| 300 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 301 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.40 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 302 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 303 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 304 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 305 | Stair A | | | | | | | | | | | |
| 306 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 307 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 308 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | D | D | E | F | G | H | I | J | K | L | M |
| 309 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 310 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 311 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 312 | Paint concrete the floor | 43.67 | SF | $ 0.98 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 313 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 314 | Twelfth Floor Subtotal | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 315 | Thirteenth Floor | | | | | | | | | | | The thirteenth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 316 | Stair A Hall | | | | | | | | | | | |
| 317 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 318 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 319 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 320 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 321 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 322 | Stair A | | | | | | | | | | | |
| 323 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.38 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 324 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 325 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 326 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 327 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 328 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 329 | Paint concrete the floor | 43.67 | SF | $ 0.98 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 330 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 331 | Thirteenth Floor Subtotal | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 332 | Fourteenth Floor | | | | | | | | | | | The fourteenth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 333 | Stair A Hall | | | | | | | | | | | |
| 334 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 335 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.46 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 336 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 337 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 338 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 339 | Stair A | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | |
| 340 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.35 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 341 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 342 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 343 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 344 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 345 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.66 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 346 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 347 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 348 | **Fourteenth Floor Subtotal** | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 349 | **Fifteenth Floor** | | | | | | | | | | | The fifteenth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 350 | **Stair A Hall** | | | | | | | | | | | |
| 351 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 352 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.49 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 353 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |
| 354 | Paint door only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 355 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 356 | **Stair A** | | | | | | | | | | | |
| 357 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 358 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 359 | Paint balustrade - two coats | 12.33 | LF | $ 30.64 | $ 378 | 0 | LF | $ - | $ - | $ 378 | 100% | |
| 360 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 361 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 362 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.66 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 363 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 364 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 365 | **Fifteenth Floor Subtotal** | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 366 | **Sixteenth Floor** | | | | | | | | | | | The sixteenth floor is above the affected area, DBI does not recommend repairs to this area until further explanation is provided. |
| 367 | **Stair A Hall** | | | | | | | | | | | |
| 368 | Mask and prep for paint - plastic, paper, tape (per LF) | 37.31 | LF | $ 1.55 | $ 58 | 0 | LF | $ - | $ - | $ 58 | 100% | |
| 369 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 317.49 | SF | $ 1.58 | $ 502 | 0 | SF | $ - | $ - | $ 502 | 100% | |
| 370 | Paint door or window opening - 2 coats (per side) | 1 | EA | $ 32.47 | $ 32 | 0 | EA | $ - | $ - | $ 32 | 100% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (3/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 371 | Paint door slab only - 2 coats (per side) | 1 | EA | $ 30.99 | $ 31 | 0 | EA | $ - | $ - | $ 31 | 100% | |
| 372 | Stair A Hall Subtotal | | | | $ 623 | | | | $ - | $ 623 | 100% | |
| 373 | Stair A | | | | | | | | | | | |
| 374 | Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 333.36 | SF | $ 1.58 | $ 527 | 0 | SF | $ - | $ - | $ 527 | 100% | |
| 375 | Paint stair stringer - one side | 24.67 | LF | $ 3.97 | $ 98 | 0 | LF | $ - | $ - | $ 98 | 100% | |
| 376 | Paint balustrade - two coats | 12.33 | LF | $ 30.54 | $ 376 | 0 | LF | $ - | $ - | $ 376 | 100% | |
| 377 | Seal & paint stair tread - per side - per LF | 60.00 | LF | $ 5.60 | $ 336 | 0 | LF | $ - | $ - | $ 336 | 100% | |
| 378 | Seal & paint stair riser - per side - per LF | 70.00 | LF | $ 3.73 | $ 261 | 0 | LF | $ - | $ - | $ 261 | 100% | |
| 379 | Mask and prep for paint - plastic, paper, tape (per LF) (includes risers and treads for top and bottom side of each flight) | 26.86 | LF | $ 1.55 | $ 42 | 0 | LF | $ - | $ - | $ 42 | 100% | |
| 380 | Paint concrete the floor | 43.67 | SF | $ 0.96 | $ 42 | 0 | SF | $ - | $ - | $ 42 | 100% | |
| 381 | Stair A Subtotal | | | | $ 1,683 | | | | $ - | $ 1,683 | 100% | |
| 382 | Sixteenth Floor Subtotal | | | | $ 2,306 | | | | $ - | $ 2,306 | 100% | |
| 383 | Electrical | | | | | | | | | | | |
| 384 | Electrician - per hour (removal of existing BX wiring, installation and removal of all temp conduits, etc, re-installation of al wiring) | 1350.00 | HR | $ 120.09 | $ 162,122 | 480 | HR | $ 120.09 | $ 57,643 | $ 104,478 | 64% | DBI analyzed amount includes installation of temporary lighting for stair tower, replacement of any conduit, wiring, or outlets installed at the exterior set wall where demolition is being performed.  DBI assumes that power will remain to be fed from existing system.  4 mon x 8 hrs/day x 5 days/week x 3 weeks. Additional scope items held pending further explanation as to why this is insufficient. |
| 385 | Electrical - materials (fire alarm pull boxes, door lock set ups, exit signs, speaker strobes, cameras, telephones, etc.) | 1.00 | TL | $ 52,000.00 | $ 52,000 | 1 | TL | $ 24,000.00 | $ 24,000 | $ 28,000 | 64% | $4,000/floor x 6 floors. |
| 386 | Electrical Subtotal | | | | $ 214,122 | | | | $ 81,643 | $ 132,478 | 62% | |
| 387 | Exterior/General | | | | | | | | | | | |
| 388 | Detach & reset neon sign - large - high grade - Duane Reade sign (scissor lift to remove & reset the sign, capping off of existing electrical feeds leading to the sign, off-site storage for up to 12 months, resetting and re-energizing the sign) | 1.00 | EA | $ 13,500.00 | $ 13,500 | 0 | EA | $ - | $ - | $ 13,500 | 100% | DBI does not recommend detaching & resetting neon Duane Reade sign as it is not in the affected area.  Held pending clarification of the necessity of this scope of work. |
| 389 | Exterior/General Subtotal | | | | $ 13,500 | | | | $ - | $ 13,500 | 100% | |
| 390 | Stairway | | | | | | | | | | | The DBI analyzed amount is for the installation of a temporary scaffold stair tower.  However, if a more permanent structure is required, DBI believes the stair structure should be of a similar size to the interior stair structure (8'x12') rather than the proposed stair structure (12'x24').  Please provide an explanation as to why scaffolding tower is insufficient or why the structure being claimed is twice the size of the current egress. |
| 391 | Structural steel framing - high rise bldg. - per ton | 28 | TN | $ 3,084.32 | $ 86,361 | 0 | TN | $ 3,084.32 | $ - | $ 86,361 | 100% | |
| 392 | Concrete Piles - 24" diameter | 60 | LF | $ 123.64 | $ 7,418 | 0 | LF | $ - | $ - | $ 7,418 | 100% | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (9/11/2015) | | | | DBI Analysis (3/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 393 | Insulation - ISO board, 1" | 2.5 | SQ | $ 188.21 | $ 471 | 0 | SQ | $ 188.21 | $ - | $ 471 | 100% | |
| 394 | Flashing, 14" wide - copper | 70 | LF | $ 9.74 | $ 682 | 0 | LF | $ 9.74 | $ - | $ 682 | 100% | |
| 395 | Aluminum termination bar/flashing for membrane roofs | 24 | LF | $ 2.81 | $ 67 | 0 | LF | $ 2.81 | $ - | $ 67 | 100% | |
| 396 | Glass mat gypsum - 1/2" - primed | 2.5 | SQ | $ 180.16 | $ 450 | 0 | SQ | $ 180.16 | $ - | $ 450 | 100% | |
| 397 | Modified bitumen roof - hot mopped | 2.5 | SQ | $ 345.68 | $ 864 | 0 | SQ | $ 345.68 | $ - | $ 864 | 100% | |
| 398 | Remove additional charge for high roof (2 stories or greater) | 2.5 | SQ | $ 6.55 | $ 16 | 0 | SQ | $ 6.55 | $ - | $ 16 | 100% | |
| 399 | Additional charge for high roof (2 stories or greater) | 2.5 | SQ | $ 16.29 | $ 41 | 0 | SQ | $ 16.29 | $ - | $ 41 | 100% | |
| 400 | Concrete pump truck (per hour) | 28 | HR | $ 281.42 | $ 7,880 | 0 | HR | $ - | $ - | $ 7,880 | 100% | |
| 401 | Concrete slab on grade - 6" - finished in place | 1680 | SF | $ 6.28 | $ 10,550 | 0 | SF | $ - | $ - | $ 10,550 | 100% | |
| 402 | Steel rebar - #10 (1-1/4") | 900 | LF | $ 5.11 | $ 4,599 | 0 | LF | $ - | $ - | $ 4,599 | 100% | |
| 403 | Concrete slab reinforcement - #3 (3/8") - grid, 24" ea way | 1680 | SF | $ 0.70 | $ 1,176 | 0 | SF | $ - | $ - | $ 1,176 | 100% | |
| 404 | Temporary Egress Staircase from the 7th floor to the street - as per proposed drawings | 1 | TL | $ 565,000.00 | $ 565,000 | 0 | TL | $ 317,812.50 | $ - | $ 565,000 | 100% | |
| 405 | Metal studding, 6" wide, 16" OC, 20 gauge | 4100 | SF | $ 2.57 | $ 10,537 | 0 | SF | $ 2.57 | $ - | $ 10,537 | 100% | |
| 406 | Steel door, 3'x7' - with glass lite | 7 | EA | $ 916.92 | $ 6,418 | 0 | EA | $ 597.00 | $ - | $ 6,418 | 100% | |
| 407 | Residential automatic door operator system | 7 | EA | $ 1,572.44 | $ 11,007 | 0 | EA | $ 517.00 | $ - | $ 11,007 | 100% | |
| 408 | Wireless/Keyless entry pad for auto door operator system | 7 | EA | $ 137.26 | $ 961 | 0 | EA | $ - | $ - | $ 961 | 100% | |
| 409 | Sheathing - fiberglass gypsum panel - 5/8" | 4800 | SF | $ 1.48 | $ 7,104 | 0 | SF | $ 1.48 | $ - | $ 7,104 | 100% | |
| 410 | 5/8" drywall - hung, taped, floated, ready for paint | 8200 | SF | $ 2.26 | $ 14,012 | 0 | SF | $ 1.78 | $ - | $ 14,012 | 100% | |
| 411 | Seal/prime then paint the walls and ceiling twice (3 coats) | 2900 | SF | $ 1.24 | $ 3,596 | 0 | SF | $ - | $ - | $ 3,596 | 100% | |
| 412 | **Stairway Subtotal** | | | | $ 730,211 | | | | $ - | $ 730,211 | 100% | |
| 413 | **Demolition** | | | | | | | | | | | |
| 414 | General Demolition - per hour - front elevation | 672 | HR | $ 62.07 | $ 41,711 | 384 | HR | $ 62.07 | $ 23,835 | $ 17,876 | 43% | DBI analyzed amount for selective demolition of building facade and lobby roof to install doors to access scaffold stair egress. Calculated at 8 men x 6 hrs/floor x 6 floors. |
| 415 | General Demolition - per hour - removal of all structural materials and 12,000 PSI concrete wall from adjoining building - 7 floors total | 6656 | HR | $ 62.07 | $ 413,138 | 3840 | HR | $ 62.07 | $ 238,349 | $ 174,789 | 42% | DBI analyzed amount for demolition of effected North facade wall from the buildings interior. Calculated at 8 men x 8 hrs/day x 6 days/week x 2 weeks/floor x 6 floors. |
| 416 | General Demolition labor to include: 1) removal of all temporary building materials to return the building back to pre-loss condition from the basement to the 7th floor | 384 | HR | $ 62.07 | $ 23,835 | 192 | HR | $ 62.07 | $ 11,917 | $ 11,917 | 50% | DBI analyzed amount for removal of all temporary building materials to return the building back to pre-loss condition. Calculated at 4 men x 8 hrs/floor x 6 floors. |
| 417 | Heavy Equipment - gas powered jack hammers, concrete saw cutting equipment w/diamonds blades, compressors and hoses | 1 | TL | $ 250,000.00 | $ 250,000 | 1 | TL | $ 52,000.00 | $ 52,000 | $ 198,000 | 79% | $2,000/week x 26 weeks. Includes pneumatic grinders, jackhammers, etc. during demolition of neighboring building shear wall phase. |
| 418 | **Demolition Subtotal** | | | | $ 728,684 | | | | $ 326,101 | $ 402,583 | 55% | |
| 419 | **Left Elevation** | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | M |
| | | C | D | E | F | G | H | I | J | K | L | |
| 420 | Copper Panel Installer - per hour | 4224 | HR | $ 113.02 | $ 477,396 | 2880 | HR | $ 113.02 | $ 325,498 | $ 151,899 | 32% | DBI analyzed amount calculated at 6 men x 8 hrs/day x 6 days/week x 2 weeks/floor x 6 floors. |
| 421 | Copper Panel General Laborer - per hour | 2112 | HR | $ 41.36 | $ 87,352 | 960 | HR | $ 41.36 | $ 39,706 | $ 47,647 | 55% | DBI analyzed amount calculated at 2 men x 8 hrs/day x 5 days/week x 2 weeks/floor x 6 floors. |
| 422 | (Material Only) Copper panel system for south exterior wall - standing seam 1' - 20 oz - fabricated on site - includes waste | 6000 | SF | $ 14.43 | $ 86,580 | 4800 | SF | $ 4.20 | $ 20,160 | $ 66,420 | 77% | DBI material amount does not include waste, as DBI assumes the use of prefabricated galvanized metal panels as soldering is not required. Price based on verbal quote obtained from ADPI. Note, ADPI price for custom copper panels is $6.50/SF. |
| 423 | Premium self adhering SBS asphalt water barrier - fully adhered system - 90 mil | 430 | SQ | $ 505.23 | $ 217,249 | 48 | SQ | $ 176.00 | $ 8,400 | $ 208,849 | 96% | DBI analyzed water proofing for metal panel system includes self adhering Ice & water shield. Submitted quantity of 43,000 square feet appears to be excessive. Affected area of North façade is approx 60' x 80' (4,800 SF). |
| 424 | Provide and install new elastomeric sealant in vertical and horizontal panel joints | 4224 | LF | $ 7.50 | $ 31,680 | 2880 | LF | $ 4.00 | $ 11,520 | $ 20,160 | 64% | DBI analyzed amount is to apply elastomeric caulk at all vertical and horizontal joints. Calculated at 60' high x 40 panels + 80' wide x 6 panels. |
| 425 | Provide and install metal flashing and counter flashing where needed to correspond with panel placement between levels | 280 | LF | $ 45.00 | $ 12,600 | 80 | LF | $ 15.00 | $ 1,200 | $ 11,400 | 90% | DBI analysis counter flashing where panels meet existing EIFS system. Held pending explanation of scope of work. |
| 426 | Lag bolt - 1/2" x " - hex lag screw - zinc plated | 1584 | EA | $ 9.66 | $ 15,301 | 0 | EA | $ - | $ - | $ 15,301 | 100% | Lag bolts would not be typically used to install a metal panel system. In addition, the cost of 6/8" tech screw fasteners would already be included in the cost of installation of the panel. Held pending explanation of scope of work. |
| 427 | Fire retardant insulation - spray-on mineral fiber | 3024 | SF | $ 1.49 | $ 4,506 | 0 | SF | $ - | $ - | $ 4,506 | 100% | Batt insulation to be installed at stud framing of exterior wall. See comment below. |
| 428 | Acoustical/fire-saling insulation - 6" mineral wool | 3024 | SF | $ 1.46 | $ 4,415 | 4800 | SF | $ 1.32 | $ 6,336 | $ (1,921) | -44% | DBI analyzed amount is to install 6" batt insulation at exterior stud wall. |
| 429 | Moisture protection for exterior walls - visqueen - 6 mil | 3024 | SF | $ 0.49 | $ 1,482 | 0 | SF | $ - | $ - | $ 1,482 | 100% | Appears to be multiple layers of moisture barrier. Held pending explanation of scope of work. |
| 430 | Metal studding, 6" wide, 16" OC, 20 gauge | 3024 | SF | $ 2.57 | $ 7,772 | 0 | SF | $ - | $ - | $ 7,772 | 100% | Metal studding is already included in the interiors section as estimated by Atlantic. |
| 431 | Sheathing - fiberglass gypsum panel - 5/8" | 6048 | SF | $ 1.48 | $ 8,951 | 0 | SF | $ - | $ - | $ 8,951 | 100% | Fiberglass sheathing not required for metal panel system. |
| 432 | 5/8" drywall - hung, taped, floated, ready for paint | 6048 | SF | $ 2.26 | $ 13,668 | 0 | SF | $ - | $ - | $ 13,668 | 100% | Drywall installation is already included in the interiors section as analyzed by Atlantic. |
| 433 | Drywall Installer/Finisher - per hour | 180 | HR | $ 85.80 | $ 15,444 | 0 | HR | $ - | $ - | $ 15,444 | 100% | Drywall installation is already included in the interiors section as analyzed by Atlantic. |
| 434 | Supply, install and remove temporary stainless steel trash chute from the 7th floor to the basement during necessary repairs | 1 | TL | $ 246,000.00 | $ 246,000 | 288 | Hr | $ 87.00 | $ 30,097 | $ 214,939 | 86% | DBI analyzed amount is for labor time to detach and reset garbage chute as work is being detached at each floor. Calculated at 3 men x 8 hrs/floor x 6 floors x 2 days + 20% miscellaneous materials. Please provide insight as to why this method would be unacceptable. In addition, please provide a breakdown for how lump sum line item was calculated. |
| 435 | | | | | | 560 | Hrs | $ 42.00 | $ 23,520 | $ (23,520) | 0% | DBI analyzed is for labor to remove tenant waste while the trash chute is being detached and reset as work is completed at each floor. Calculated at 1 man x 4 hrs/day x 5 days/week x 2 weeks/floor x 14 floors. Please provide insight as to why this method would be unacceptable. |
| 436 | Left Elevation Subtotal | | | | $ 1,229,397 | | | | $ 466,408 | $ 762,991 | 62% | |
| 437 | HVAC | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 438 | HVAC - supply, install and remove roof mounted units for the purpose of air conditioning existing areas and proper pressurization of exterior stairwell | 1 | TL | $ 685,000.00 | $ 685,000 | 160 | HR | $ 165.44 | $ 26,470 | $ 658,530 | 97% | Per Halliwell Engineering, air conditioning or pressurization of exterior stairwell is not required. Additionally, DBI does not recommend the removal, relocation, and installation of the "wall mounted convector units" on floors 2-7 as they are not in the affected area. DBI analyzed amount is to relocate the rf/s above the lobby roof to the sidewalk bridge to maintain use in Lobby area, including associated piping, duct, and electrical. Calculated at 8 men x 8 hrs/day x 5 days/week x 2 weeks x 2 occasions. |
| 439 | Fire Sprinklers - extend 2" fire sprinklers pipes w/new heads per floor and return to existing locations after repairs have been completed | | | | | 1 | LS | $ 10,000.00 | $ 10,000 | $ (10,000) | 0% | DBI analyzed amount is for a boom lift rental and miscellaneous materials. |
| 440 | | 7 | EA | $ 4,319.50 | $ 30,237 | 0 | SF | $ - | $ - | $ 30,237 | 100% | Held pending clarification that fire sprinklers are required by the NYCDOB. |
| 441 | HVAC Subtotal | | | | $ 915,237 | | | | $ 36,470 | $ 878,767 | 96% | |
| 442 | Debris Removal | | | | | | | | | | | |
| 443 | Live load pick up per CY - includes loading debris into dump truck | 850 | CY | $ 125.00 | $ 106,250 | 130 | CY | $ 50.00 | $ 6,500 | $ 99,750 | 94% | Calculated at 66 ft tall x 80 ft deep x 8" thick slab to be chipped away. Assumes 20 yard containers at $1,000 per truck for "heavy load". Please provide the calculation used to calculate the debris to be removed and the source of the unit cost pricing. |
| 444 | General Demolition - per hour | 1664 | HR | $ 62.07 | $ 103,284 | 1032 | HR | $ 42.00 | $ 43,344 | $ 59,940 | 58% | The DBI analysis assumes filling demolition carts with debris and using elevators to transport to ground level. This scope does not require a demo crew, general labor is sufficient. Calculated at 4 men x 2 hrs/floor x 6 floors x 6 days/week x 4.3 weeks. Please advise why this methodology would not be acceptable. |
| 445 | Debris Removal Subtotal | | | | $ 209,534 | | | | $ 49,844 | $ 159,690 | 76% | |
| 446 | Scaffolding | | | | | | | | | | | |
| 447 | Scaffolding - provide suspended electric scaffolding & wide walk roof | 1 | TL | $ 495,000.00 | $ 495,000 | 1 | TL | $ 100,000.00 | $ 100,000 | $ 395,000 | 80% | The DBI analysis assumes the use of a temporary exterior scaffold with access at each floor. This cost assumes a light weight roof, plywood enclosure, signage, taxes, permits, fees, etc. |
| 448 | Scaffolding - scaffolding insurance, permits and fees | 1 | TL | $ 17,500.00 | $ 17,500 | 0 | TL | $ - | $ - | $ 17,500 | 100% | The DBI analysis assumes these costs to be included in the above line item. |
| 449 | Scaffolding Subtotal | | | | $ 512,500 | | | | $ 100,000 | $ 412,500 | 80% | |
| 450 | Post Construction Clean Up | | | | | | | | | | | The DBI analysis is for post construction cleaning of Lobby, as well as the Hallway, Stairs, and affected tenant space on floors 2-6. Affected area is approximately 1,000 SF. |
| 451 | Cleaning - Supervisory/Administrative - per hour | 2912 | HR | $ 51.90 | $ 151,133 | 96 | HR | $ 51.90 | $ 4,982 | $ 146,150 | 97% | 1 super x 8 hrs/day x 2 days/floor x 6 floors. Affected area is approximately 1,000 SF. |
| 452 | Cleaning Technician - incl. cleaning agent - per hour | 8736 | HR | $ 36.79 | $ 321,397 | 768 | HR | $ 36.79 | $ 33,906 | $ 287,492 | 89% | 8 men x 8 hrs/day x 2 days/floor x 6 floors + 20% miscellaneous materials. Affected area is approximately 1,000 SF. |
| 453 | Post Construction Clean Up Subtotal | | | | $ 472,530 | | | | $ 38,888 | $ 433,642 | 92% | |
| 454 | Off Site Storage | | | | | | | | | | | |
| 455 | Packaging, Handling, Storage - off site storage | 1 | TL | $ 17,500.00 | $ 17,500 | 0 | TL | $ - | $ - | $ 17,500 | 100% | DBI does not recommend off-site storage as the 16th floor is already a vacant storage area. Please advise why these materials cannot be stored in this space. |
| 456 | Off Site Storage Subtotal | | | | $ 17,500 | | | | $ - | $ 17,500 | 100% | |
| 457 | Sitework/Excavation | | | | | | | | | | | |



Coral Realty
129 3rd Avenue, New York, NY 10013
Interim Claim Analysis - Claim Analysis Detail

| Line # | Description | Atlantic Estimating Claimed Amount (8/11/2015) | | | | DBI Analysis (8/27/2015) | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 458 | Sitework/Excavation on 3rd Avenue | 1 | TL | $ 122,176.00 | $ 122,176 | 0 | TL | $ 122,176.00 | $ - | $ 122,176 | 100% | The DBI analysis does not include any allowances for sitework or excavation as we assume the use of a temporary scaffold stair. However, if a more temporary structure is required, DBI assumes the lobby roof will hold the bulk of the stair tower weight and both the excavation or installation of a concrete foundation would be unnecessary. Hold pending clarification as to the necessity of this scope item. |
| 459 | Concrete foundation on 3rd Avenue | 1 | TL | $ 28,128.00 | $ 28,128 | 0 | TL | $ 28,128.00 | $ - | $ 28,128 | 100% | |
| 456 | Off Site Storage Subtotal | | | | $ 150,304 | | | | $ - | $ 150,304 | 100% | |
| 457 | General Conditions | | | | | | | | | | | |
| 458 | Commercial Supervision/Project Management - per hour | 1248 | HR | $ 85.01 | $ 106,092 | 1032 | HR | $ 85.01 | $ 87,730 | $ 18,362 | 17% | 1 man x 8 hrs/day x 6 day/week x 4.3 weeks/month x 6 months. |
| 459 | General Laborer - per hour | 3200 | HR | $ 41.36 | $ 132,352 | 1032 | HR | $ 41.36 | $ 51,220 | $ 81,132 | 61% | DBI analyzed amount is for pick up and transport of materials, site protection, as well as daily site broom cleaning. 2 men x 4 hrs/floor/day x 6 days/week x 4.3 weeks/month x 6 months +20% miscellaneous materials. |
| 460 | Taxes, insurance, permits & fees | 1 | TL | $ 23,500.00 | $ 23,500 | | | $ - | $ - | $ 23,500 | 100% | Taxes are calculated in Atlantic analysis below. Insurance is an overhead item and should be included below. Permits & fees is an owner direct cost and should not be marked up by the contractor. |
| 461 | Post Construction Clean Up Subtotal | | | | $ 261,944 | | | | $ 138,951 | $ 122,994 | 47% | |
| 462 | Line Item Total | | | | $ 5,530,029 | | | | $ 1,267,315 | $ 4,251,714 | 77% | |
| 463 | Overhead (10%) | | | | $ 549,803 | | | | $ 25,746 | $ 524,057 | 95% | Based on prior experience with projects of this size, DBI assumes 2% for insurance. Insurance calculated based on line item 460. |
| 464 | Profit (10%) | | | | $ 549,803 | | | | $ 102,985 | $ 446,818 | 81% | Based on prior experience with projects of this size, DBI analysis 6% profit. Profit calculated based on line item 450. |
| 465 | Total Tax (Rep-Maint) (8.875%) | | | | $ 587,074 | | | | $ 125,674 | $ 461,400 | 79% | Sales tax calculated based on the sum of lines 460, 461, and 462. |
| 466 | | | | | | 1% | % | $ 1,641,721 | $ 18,501 | $ (18,501) | 0% | Building permits are calculated at 1.2% of project total. |
| 467 | Subtotal | | | | $ 1,686,680 | | | | $ 272,906 | $ 1,413,774 | 84% | |
| 468 | Total | | | | $ 7,225,709 | | | | $ 1,560,221 | $ 5,665,488 | 78% | |

Coral Realty
Interim Claim Analysis Report

# DIAGRAMS

# TAB 3



**Coral Realty**
129 Third Ave, New York, NY 10003
GGG/AI Proposed Staircase Structure Diagram



August 27, 2015

Not to Scale - For illustration purposes only.
Based on verbal description and partial plans only.

Page 1 of 2



**Coral Realty**
129 Third Ave, New York, NY 10003
GGG/AI Proposed Staircase Structure Diagram



June 30, 2015                    Not to Scale - For Illustration purposes only.                    Page 2 of 2
                        Based on verbal description and partial plans only.

Coral Realty
Interim Claim Analysis Report

# FIELD PHOTO REPORT

# Tab 4



**Coral Realty**
**129 3rd Avenue, New York, NY 10003**
**Field Photo Report**



| Coral Realty |
|---|
| Field Photo Report |

Photo No. **1**

| Location: | Exterior |
|---|---|
| Prepared By: | DBI |
| Photo Date: | 06/27/2015 |

**Description:** East elevation of subject property, concrete structure, and neighboring building from 3rd Avenue.



| Coral Realty |
|---|
| Field Photo Report |

Photo No. **2**

| Location: | Exterior |
|---|---|
| Prepared By: | DBI |
| Photo Date: | 06/15/2015 |

**Description:** West elevation of concrete structure from rear roof of subject property.



| Coral Realty |
|---|
| Field Photo Report |

Photo No. **3**

| Location: | Exterior |
|---|---|
| Prepared By: | DBI |
| Photo Date: | 06/22/2015 |

**Description:** View from rear roof of subject property showing lower half of adjoining structure.



| Coral Realty |
|---|
| Field Photo Report |

Photo No. **4**

| Location: | Exterior |
|---|---|
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

**Description:** Arial view of concrete structure showing attachment to neighboring building.



Coral Realty
129 3rd Avenue, New York, NY 10003
Field Photo Report



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

Photo No. 5

Description:   Ariel view of concrete structure showing attachment to subject property.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

Photo No. 6

Description:   Ariel view of concrete structure showing attachment to subject property.




| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared by: | DBI |
| Photo Date: | 04/07/2015 |

Photo No. 7

Description:   North elevation of concrete structure showing formwork in place.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 06/22/2015 |

Photo No. 8

Description:   West elevation of concrete structure showing formwork in place.



Coral Realty
129 3rd Avenue, New York, NY 10003
Field Photo Report



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 06/22/2015 |

**9** Photo No.

Description:   North elevation view of concrete structure showing formwork connection to neighboring building.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 06/22/2015 |

**10** Photo No.

Description:   North elevation view of concrete structure expansion joint between concrete structure and neighboring building.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 08/25/2015 |

**11** Photo No.

Description:   West elevation view of concrete structure where it abuts the subject property.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared by: | DBI |
| Photo Date: | 05/16/2015 |

**12** Photo No.

Description:   View of subject property 2nd story roof.



Coral Realty
129 3rd Avenue, New York, NY 10003
Field Photo Report



| Coral Realty | |
| Field Photo Report | |
| Location: | Exterior |
| Prepared by: | DBI |
| Photo Date: | 06/16/2015 |

**13**
Photo No.

Description: Northeast elevation view showing expansion joint between concrete structure and subject property.



**14**
Photo No.

| Coral Realty | |
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 06/16/2015 |

Description: View of expansion joint between concrete structure and subject property.



**15**
Photo No.

| Coral Realty | |
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 04/07/2015 |

Description: View of expansion joint between concrete structure and subject property.



**16**
Photo No.

| Coral Realty | |
| Field Photo Report | |
| Location: | Exterior |
| Prepared By: | DBI |
| Photo Date: | 08/25/2015 |

Description: View of expansion joint between concrete structure and subject property.



**Coral Realty**
**129 3rd Avenue, New York, NY 10003**
**Field Photo Report**



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Exterior |
| Prepared by: | DBI |
| Photo Date: | 04/07/2015 |

**17**
Photo No.

Description:   View of scaffolding present at subject property entrance at 3rd Avenue.



**18**
Photo No.

| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Interior Stairwell |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

Description:   View of typical interior stairwell.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Interior Stairwell |
| Prepared by: | DBI |
| Photo Date: | 08/16/2015 |

**19**
Photo No.

Description:   View of typical interior stairwell.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Basement Lounge |
| Prepared by: | DBI |
| Photo Date: | 06/16/2015 |

**20**
Photo No.

Description:   Overview of Basement Lounge.



**Coral Realty**
**129 3rd Avenue, New York, NY 10003**
**Field Photo Report**



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Basement Lounge |
| Prepared by: | DBI |
| Photo Date: | 05/16/2015 |

**21**
Photo No.

Description:   Overview of Basement Lounge.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Basement Lounge |
| Prepared by: | DBI |
| Photo Date: | 08/16/2015 |

**22**
Photo No.

Description:   Overview of Basement Lounge showing Resource Center.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Basement Lounge |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

**23**
Photo No.

Description:   Overview of hallway to stairwell from Basement Lounge.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Basement Laundry |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

**24**
Photo No.

Description:   Overview of university laundry center.



**Coral Realty**
**129 3rd Avenue, New York, NY 10003**
**Field Photo Report**



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Apartment |
| Prepared by: | DBI |
| Photo Date: | 04/07/2015 |

**25** Photo No.   Description:   Overview of double wall system in apartment. Double wall system was erected for testing purposes.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Apartment |
| Prepared by: | DBI |
| Photo Date: | 04/07/2015 |

**26** Photo No.   Description:   View of temporary wall system erected for testing purposes.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Apartment |
| Prepared By: | DBI |
| Photo Date: | 08/26/2015 |

**27** Photo No.   Description:   View of temporary wall system erected for testing purposes.



| Coral Realty | |
|---|---|
| Field Photo Report | |
| Location: | Apartment |
| Prepared by: | DBI |
| Photo Date: | 04/07/2015 |

**28** Photo No.   Description:   Detail view of wall section.

INDEX NO. 650171/2017
RECEIVED NYSCEF: 01/10/2017
Case 1.17-cv-01007-LTS-BCM Document 70-4 Filed 11/18/20 Page 48 of 92

EXHIBIT "4"

## ROSNER NOCERA & RAGONE, LLP

JOHN A. NOCERA*
RANDY G. ROSNER*
PETER A. RAGONE*
GERALD M. JACOBS*
ELIOT L. GREENBERG*
JOHN P. FOUDY †
ANTHONY L. COTRONEO*

ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

PHONE: 212-635-2244
FAX: 212-635-0533
EMAIL: INFO@RNRLAWGROUP.COM

ELAINE LAU †
LUIGI TOLLIS †
RAPHAEL I. RUTTENBERG †
SCOTT J. KANTOR †
ROMAIN D. WALKER *

* ADMITTED IN N.Y. AND N.J.
† ADMITTED IN N.Y. ONLY

April 1, 2015

**Via Email and First Class Mail**
David B. Karel, Esq.
Wilkofsky, Friedman, Karel & Cummins
299 Broadway, Suite 1700
New York, New York 10007

<div style="margin-left: 2em">

Re:    Coral Realty, LLC et. al.
Date of Loss    :    12-5-12
Coral Claim No.    :    040514018751

</div>

Dear Mr. Karel:

This will acknowledge your March 25, 2015 letter. With respect to the potential subrogation/recovery issues, Federal Insurance Company has retained Cozen O'Connor to represent Federal Insurance Company's subrogation interests, as per Mr. Cullen's March 31 letter to you.

With respect to the other issues raised in your letter, Federal Insurance Company through York Risk Services Group has to date estimated the cost of repairs for the December 5, 2012 damage incident as currently being the $15,871.62 figure referenced in your letter. I understand that amount has been tendered, net of depreciation and deductible, without prejudice to the remaining claim. Aside from Federal Insurance Company's acknowledgement of coverage for the damages estimated to date, Federal Insurance Company's continuing investigation is being conducted under a reservation of rights. A site meeting is scheduled to be attended by the respective engineers and consultants on April 7, 2015 to further investigate the claimed damage, its extent, and the most appropriate, cost efficient, and feasible methods for any repair.

In that regard, we request the insured advise us whether it or its representatives have had any discussions with the neighboring 133 Third Avenue property owner or its General Contractor, their representatives, attorneys or insurers, etc., concerning any plans or intentions for the partially completed structure, including any demolition or corrective work with respect to the seismic gap requirement or the existing violations.

This (along with other topics) were part of our February 19, 2015 requests but are not addressed in the documents provided.

In addition, has there been any request to the New York City Department of Buildings by any party to waive the seismic gap requirement (which is waiveable and has been waived by DOB, see, Seven D, LLC v. NY City Dep't of Bldgs 2012 NY Slip Op 32818 (Sup. Ct. NY County)?  The documents recently provided by Mr. Berkowitz's office indicate the contractor for the neighboring owner had proposed a remedy to the DOB, through approximately April 2013.  However, no subsequent activity is shown concerning that or any other proposed remedy for the existing condition.

The statements in my March 16, 2015 e-mail, e.g., that as a lawyer I was not making coverage decisions (made in response to Mr. Denison's comment) and the reservation of rights expressed, should not be cause for alarm.  Your March 25, 2015 letter likewise expressed a reservation of rights on the part of the insured, which we accept without concern or alarm.  Please let me know if you have any additional questions, or wish to discuss this matter.

Sincerely,

ROSNER NOCERA & RAGONE, LLP

By: _____

John A. Nocera

JAN/eb

cc:    *(Via E-Mail)*
    Mr. Cliff Hyde
    York Risk Services Group, Inc.

    *(Via E-Mail)*
    James P. Cullen, Jr., Esq.

    *(Via E-Mail)*
    Jeffrey Berkowitz, Esq.

2

EXHIBIT "5"



**YORK**
Specialized Loss Adjusting

6 Butler Place
Saratoga Springs, NY
12866
Tel: (973) 404-1077
Fax: (518) 226-6042
Cliff.hyde@yorkrsg.com
www.yorkrsg.com

The strength of York
Experience, Leadership,
and Integrity

April 13, 2016

<u>**Via E-Mail and First Class Mail**</u>
Goodman-Gable-Gould/ Adjusters International
10110 Molecular Drive, Suite 300
Rockville, MD 20850

Attn:   Karl L. Denison, CPPA
        Executive Vice President

RE:   Insured                :   **Coral Realty, LLC**
      York File No.          :   **YKFA-014828**
      Claim Number           :   **CHME-0707A9**
      Policy Period          :   **August 15, 2012 - 2013**
      Policy No.             :   **00998362100**
      Loss Location          :   **201 East 14th Street**
                                 **New York, NY 10013**

      Date of Loss           :   **December 5, 2012**
      Type of Loss           :   **Property Damage**

Dear Mr. Denison,

    This will update my March 2, 2016 letter and bring you and the insured up to date on some very significant additional developments. Based upon information received from our consultants and our own review of NYC Dept. of Building records, the insured now has the opportunity for the damaged area of the 129 Third Ave. exterior wall and its EIFS to be repaired from the exterior in the conventional and proven manner.

    As we advised previously, we have arranged for a license agreement with the neighboring property owner, McArthur Morgan, for access to make the exterior repair. The adjoining property and the existing structure at 133 3rd Ave will be made available for access to the insured's exterior wall. At our past meetings, we discussed that proposed repair method with you and the insured, provided details as to the proposed access agreement with the neighboring property owner, and answered all questions.

    Based upon information from the New York City Department of Buildings, the stop work order issued in December 2012 by the DOB has now been lifted. The Building Permit for the work at 133 3rd Ave. has been released from audit by the DOB, and an April 1, 2016 Work Permit has been issued. This specifically provides for the removal of the existing concrete on the insured's north wall, to repair and remedy the December 2012 damage, and restore the seismic gap, all per DOB approved plans. Please see the attached DOB April 1, 2016 Permit.

York Risk Services Group, Inc.                                      April 13, 2016
Coral Realty, LLC
YKFA-014828
Status Letter

Page 2 of 3

We are advising you and the insured of this because it is necessary for the insured to have its contractor(s) prepared to proceed with the exterior repair of its north wall upon final execution of the access agreement with 133 3$^{rd\ Ave}$. The $425,000 access license fee will be paid for in full by Federal Insurance Company, along with the cost of the necessary exterior repair work, net of the prior building repair advance.

We previously issued a $100,000 building repair advance as an estimate of the exterior repair costs. We have continued to evaluate those costs and attach a March 21, 2016 estimate by DBI Construction Consultants in the amount of $120,128.87, representing the total estimated cost for the exterior EIFS and related repairs, as detailed in the estimate. This figure is subject to adjustment once the north wall is exposed and the damaged areas can be seen and evaluated.

It is presently estimated that within 4-6 weeks of work starting, the north wall concrete will be removed and the wall exposed. The access agreement arrangement will then allow a 60 day window of time to perform the exterior repair, although the repair time is estimated to be than 30 days.

Your past position that the exterior repair option was based upon future contingencies is no longer maintainable. All of those potential DOB contingencies have been resolved. The construction work has started or will start very soon at 133 Third Avenue. That is obviously much sooner than any potential start of repair work proposed by your consultants under the so-called "inside/out" repair method.

Without restating the prior discussion, we maintain that the insured has not demonstrated that its repair method, performed from the inside of the 129 Third Ave. building, has previously been performed or attempted. Nor has the insured presented any information from any recognized industry authorities regarding the utilization of that repair method. Although the availability of an exterior repair completely moots this issue, those are among the reasons why we did not believe, based upon what had been presented, that the inside/out repair was demonstrated to be feasible.

We believe our proposal represents a fair method to reach an amicable adjustment of the exterior wall repair cost portion of this claim. Please confirm within seven (7) days that the insured will proceed with the exterior repair once the north wall is exposed. Our counsel has already alerted the insured's attorney to these events and of the opportunity to have the damage fixed from the exterior.

Should the insured refuse to avail itself of this opportunity to perform the repair from the exterior, Federal Insurance Company will nevertheless take this repair opportunity into account as part of its evaluation and final adjustment of the insured's claim for exterior repair costs. Federal Insurance Company reserves the right to limit payment of any amount which may be owed for repair costs to the costs of affecting the repair from the exterior. We had previously advised you of this in our January 7, 2016 and March 2, 2016 correspondence. Please contact me upon receipt of this letter if you have any questions or wish to discuss.

York Risk Services Group, Inc.                                April 13, 2016
Coral Realty, LLC
YKFA-014828
Status Letter

Page 3 of 3

      Under the present circumstances the insurer must continue to reserve all rights which remain available under the policy or applicable law, recognizing of course that the contractual time to sue under the policy has been extended in writing per our previous correspondence.

Best regards,

*Clifford W. Hyde Jr.*

Clifford W. Hyde, Jr.
Executive General Adjuster

CC:    Gary Pettit
       Senior Property Claims Analyst
       York Risk Services Group, Inc.
       Via Email: gary.pettit@yorkrsg.com

       Rosner, Nocera & Ragone, LLP
       61 Broadway, Suite 10006
       New York, NY 10006
       Attn:  John Nocera
       Via Email:  jnocera@rnrlawgroup.com

       Chubb Group of Insurance Companies
       PO Box 358
       Jamison, PA 18929
       Attn:  Mark Zimmerman, Sr. General Adjuster
       Via Email:  mzimmerman@chubb.com

eb:coral.update.ltr
4/16

Case 1:17-cv-01007-LTS-BCM   Document 70-4   Filed 11/18/20   Page 55 of 92

EXHIBIT "6"

*SR Harwood Consulting Engineering, PC*

February 17, 2013

Mr. Khalid Eid, P.E.
Director - Concrete Enforcement Unit
NYC Department of Buildings
280 Broadway 4th Floor
New York, NY 10007

RE:     133 3rd Avenue, New Construction - Impact upon 129 3rd Avenue
         Recent Cast in Place Concrete South Wall – 133 New Construction
         New York, NY
         213-14

Attention:  Mr. Khalid Eid, P.E.

Gentlemen,

The objective of this document is to report our findings related to the impact of the 133 Third Avenue New building's "as built" construction's upon 129 Third Avenue Building.  129 Third Avenue Building is located at the North East Corner of Third Avenue and 14th Street.

As background, the New Building - 133 3rd Avenue is located to the North of 129 3rd Avenue.  During placement of cast in place concrete for their 4th floor South shear wall, wet concrete placement imparted lateral pressure upon the 129 building's North wall and caused such wall to crack and deflect.  Based upon this event, I was retained Friday Feb 1, 2013 by Darius Toraby Architects to assist with the investigation.

We offer the following:

Using the 129 building's North wall as a form for the cast in place concrete lot line shear wall, wet plastic concrete imposed lateral forces greater than the wall construction was designed to resist.  The exterior wall of 129 was designed for wind forces which I believe were basic 30 psf.  No exterior wall construction documentation was reviewed by our office.

Placing concrete against an adjacent building's wall and transmitting lateral loads upon it exhibits disregard for safety, code compliancy and property lines   Concrete placement exerts pressure on forms, similar to fluids.  Many factors control the lateral pressures on forms.  However when overlooked, factors such as vibration to consolidate the concrete, the rate of pumping, the slump of concrete greater that 4 inches, flow restrictions due to reinforcing bars will overload normal formwork.  In this case, No exterior wall face forms were used, just the 129 building's stucco wall on metal studs backup.

Per ACI 347 the general equation for concrete pressure for a controlled rate of placement is:
Concrete Pressure against forms is $P = 150 + 900 * R / T$.
R = rise of concrete, the height of placement
T= temperature

**35 West 35 Street**
**Suite 904**
**NY, NY 10001**

**212 967 2001**
**Info@SRHCE.COM**

GWFG 000216

*SR Harwood Consulting Engineering. PC*

February 17, 2013                                                            2
129 Third Avenue
213-17

So, if the temperature was 40 degrees and the concrete placement was 4 feet per hour the maximum design pressure per foot length on the wall would be about 1050 pounds. This aforementioned load is a formwork design load, the actual load is difficult to determine. However the lateral load of the concrete placement against the 129 wall is much greater than the design load for the wall, as exterior wall systems below 100 feet are required to be designed for 30 psf.

The 129 building's exterior wall system has proved to be adequate for wind loading and did perform well over the years through hurricane and North Eastern storms. However it is no where near adequate to resist the hydrostatic lateral force of wet concrete while being placed and vibrated.

It is indeed fortunate that no one was injured when this exterior wall system was damaged. The lateral load transfer through the "Styrofoam" was great enough to cause the metal stud system to be overloaded. This compressible filler used by the contractor does not compress to relieve the initial lateral pre stress.

I believe that the concrete at the lower floors must have been placed in the same manner, up against the 129's light gauge metal stud wall system at floors 2 to 3 and 3 to 4 and concrete block wall between floors 1 and 2.

Therefore all the wall studs and the block wall at lower floors are now loaded laterally beyond their design requirement. In the event that there is differential lateral movement of the buildings, more lateral force will be imparted onto the wall system and quite possibly cause additional wall system failure.

Subsequent to our initial review and meeting in the field we received from George Cambourakis PE certain structural plans for the lower floors of the 133 building and we received from 129 ownership certain design drawings for 129 structure. Based upon experience, we understand that the lateral drift due to wind for 129 is much greater than the lateral drift due to wind of 133. Based upon our cursory viewing of the 133 plans, even though the 133 building has an aspect ration of 8 or more, it is much stiffer than 129 building structure. Further at lower floor elevations the 133 building, as it is a shear wall building, essentially does not move relative to 133's lateral system of limber moment frames.

Therefore, when a hurricane or storm from the South West transmits wind forces to the 129 building from diagonally across 14th street, it will displace laterally much greater that 133 building.

Inter building structural force communication between the 133 building and the 129 building is my main concern. No inter building force would be generated if the 133 building did not encroach the 129 property line, the 133 building structure was constructed respecting the seismic gap requirement and if the 133 building did not construct their wall with "Styrofoam", pre loaded and compressed, sandwiched between their building and 129 building. However wet concrete caused pre compression and the hydrostatic wet concrete forces are not relieved and the concrete appears to be placed South of the 133 property line.

GWFG 000217

# SR Harwood Consulting Engineering, PC

February 17, 2013                                                                                    3
129 Third Avenue
213-17

We recommend the following:

1. 133 Third Avenue to retain a third party surveyor to document the as-built location of the South Face of the 133 Third Avenue's South cast in place shear wall location. We provided a simple method of determining such, enclosed, by means of a grid of probes drilled through the concrete wall. These holes will provide simple access for measurement of wall thicknesses and locations by a surveyor.

2. All Styrofoam between the buildings above the first floor is to be removed. This will relieve the wet concrete loading upon the wall system.

3. All concrete bearing against the 129 building needs to be removed.

4. All concrete adjacent to the 129 Building's columns needs to be removed to within the 133 property line, to respect the code stipulated seismic separation, and to allow differential movement between the two buildings..

5. Based upon our observations, survey and photograph analysis, many of the vertical steel reinforcing bars have translated South along with the plastic concrete migration beyond the property line and have other deficiencies in the subsequent placement. It behooves the EOR to rigorously review the "as built" condition as it varies significantly from their design drawings.

6. The 129's wall stud anchorage and block wall anchorage at the top and bottom is to be inspected in order to ensure that is no unseen damage.

If there are any questions please do call.

Very truly yours,

Steve Harwood, PE

SR Harwood Consulting Engineering, PC

GWFG 000218

*SR Harwood Consulting Engineering. PC*

February 17, 2013
129 Third Avenue
213-17

4



WITHIN DORMATORY ROOM — HOLES DRILLED THROUGH THE INTERIOR FACE OF THE
133 EXTERIOR WALL TO THE SOUTH FACE OF NEW BUILDING CONCRETE.

MEASUREMENT INDICATES 4 INCHES OF STYROFOAM AT THE EAST EDGE AND THEN ONLY 2 INCHES OF
SYROFOAM

GWFG 000219

*SR Harwood Consulting Engineering, PC*

February 17, 2013                                                                5
129 Third Avenue
213-17



5 inch measurement corresponding to 2 inches of new building styrofoam

GWFG 000220

# SR Harwood Consulting Engineering, PC

February 17, 2013                                                                 6
129 Third Avenue
213-17



Tape measurement from 5 foot access line to South Face of concrete.

GWFG 000221

*SR Harwood Consulting Engineering, PC*

February 17, 2013
129 Third Avenue
213-17

7



Placement of Bars – at 4 inches of Styrofoam and beyond at 2 inches of Styrofdoam

GWFG 000222

# SR Harwood Consulting Engineering, PC

February 17, 2013
129 Third Avenue
213-17

8



*SR Harwood Consulting Engineering, PC* 

February 17, 2013                                                                                          9
129 Third Avenue
213-17



MEASUREMENT FROM 5'-0" ACCESS LINE
TO SOUTH EDGE OF CAST IN PLACE CONCRETE.

6 1/2 INCHES SOUTH OF PROPERTY LINE.

IF YOU ALLOW FOR 2 INCH STYROFOAM BELOW
THEN 4 1/2 INCH ENCROACHMENT.

ALL SUBJECT TO FINAL THIRD PARTY SURVEY.



GWFG 000225

## GENERAL NOTES

GENERAL REQUIREMENTS:

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE CITY OF NEW YORK BUILDING AND ZONING CODE, AND THE DIRECTIONS OF THE CITY OF NEW YORK BUILDING DEPARTMENT.
2. CONTRACTOR SHALL PROVIDE SUPERVISION ADEQUATE FOR THE COMPLETION OF THE WORK.
3. CONTRACTOR SHALL BE LICENSED AND INSURED FOR LIABILITY AND PROPERTY DAMAGE AS REQUIRED BY LAW.

Objective:

1. To Determine the Encroachment of 133 Third Avenue's "As Built" cast in place concrete wall.
2. Mechanical Means of Measurement to be used.
3. See SSK-1 for required probe locations.
4. Surveyor is to record location North Face of 133 Building's South Wall from the 5'0" access line at probe locations. See SSK-2 for Label.
5. Drill through the concrete wall using 1/2 inch diameter bit. Do not drill through "Styrofoam".
6. Surveyor is to Measure and Record wall thicknesses corresponding to probe locations. See SSK-2 for Label.
7. Do not patch holes until 129 Building's Professionals Check thickness.

### WALL THICKNESS SCHEDULE

| FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43RD/39TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 38TH/35TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 34TH/32ND FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 31ST/29TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

### DISTANCE FROM 5' ACCESS LINE TO NORTH FACE OF SOUTH WALL

| FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43RD/39TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 38TH/35TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 34TH/32ND FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 31ST/29TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

### WALL THICKNESS + DISTANCE FROM ACCESS LINE = SOUTH FACE OF SHEAR WALL LOCATION

| FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43RD/39TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 38TH/35TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 34TH/32ND FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 31ST/29TH FLOOR |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**S. R. HARWOOD**
CONSULTING ENGINEERS, P.C.
35 WEST 35th STREET, NY, NY 10001

129 3RD AVENUE
NEW YORK, NY

SCHEDULES AND NOTES

SCALE: NONE
DATE: 02/11/2013
SSK-2

GWFG 000226



SCHEMATIC WALL SECTION

| S. R. HARWOOD | 129 3RD AVENUE | SCALE: | |
|---|---|---|---|
| CONSULTING ENGINEERING, P.C. | NEW YORK, NY | NTS | SSK-3 |
| 35 WEST 35th STREET, NY, NY 10001 | SCHEMATIC  WALL  SECTION | DATE 02/15/2013 | |

GWFG 000227



# GENERAL NOTES

**GENERAL REQUIREMENTS:**

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE CITY OF NEW YORK BUILDING AND ZONING CODE, AND THE DIRECTIONS OF THE CITY OF NEW YORK BUILDING DEPARTMENT.

2. CONTRACTOR SHALL PROVIDE SUPERVISION ADEQUATE FOR THE COMPLETION OF THE WORK.

3. CONTRACTOR SHALL BE LICENSED AND INSURED FOR LIABILITY AND PROPERTY DAMAGE AS REQUIRED BY LAW.

**Objective:**

1. To Determine the Encroachment of 133 Third Avenue's "As Built" cast in place concrete wall.
2. Mechanical Means of Measurement to be used.
3. See SSK-1 for required probe locations.
4. Surveyor is to record location North Face of 133 Building's South Wall from the 5'0" access line of probe locations. See SSK-2 for chart.
4. Drill through the concrete wall using 1/2 inch diameter bit.
   Do not drill through "Styrofoam".
5. Surveyor is to Measure and Record wall thicknesses corresponding to probe locations.
   See SSK-2 for chart.
6. Do not patch holes until 129 Building's Professionals Check thicknesses.

## WALL THICKNESS SCHEDULE

| PROBE NO.<br>FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TH TO 5TH FLOORS | | | | | | | | | | | | | | |
| 3RD TO 4TH FLOORS | | | | | | | | | | | | | | |
| 2ND TO 3RD FLOORS | | | | | | | | | | | | | | |
| 1ST TO 2ND FLOORS | | | | | | | | | | | | | | |

## DISTANCE FROM 5' ACCESS LINE TO NORTH FACE OF SOUTH WALL

| PROBE NO.<br>FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TH TO 5TH FLOORS | | | | | | | | | | | | | | |
| 3RD TO 4TH FLOORS | | | | | | | | | | | | | | |
| 2ND TO 3RD FLOORS | | | | | | | | | | | | | | |
| 1ST TO 2ND FLOORS | | | | | | | | | | | | | | |

## ENCROACHMENT

| PROBE NO.<br>FLOOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TH TO 5TH FLOORS | | | | | | | | | | | | | | |
| 3RD TO 4TH FLOORS | | | | | | | | | | | | | | |
| 2ND TO 3RD FLOORS | | | | | | | | | | | | | | |
| 1ST TO 2ND FLOORS | | | | | | | | | | | | | | |

**S. R. HARWOOD**
CONSULTING ENGINEERING, P.C.
35 WEST 35th STREET, NY, NY 10001

129 3RD AVENUE
NEW YORK, NY

SCHEDULES AND NOTES

SCALE: NONE
DATE: 02/11/2013

SSK-2

GWFG 000229



133 3rd AVE. PROPERTY WIDTH = 17'-0"

SOUTH PROPERTY LINE

5'-0"

12" CAST IN PLACE
CONCRETE SHEAR WALL
(PER DESIGN WALL THICKNESS)

FLOOR LEVEL

TYPICAL PROBE HOLE
TO ALLOW WALL
THICKNESS MEASURMENT

TYPICAL DIMENSION
FROM 5'-0" ACCESS LINE TO
NORTH FACE OF WALL
AT PROBE LOCATION

SEE SSK-1 & SSK-2 FOR PROBE LOCATIONS,
CHARTS AND GENERAL NOTES

10" CONC. SLAB (TYP.)

SCHEMATIC WALL SECTION

| **S. R. HARWOOD** | **129 3RD AVENUE** NEW YORK, NY | SCALE: NTS | SSK-3 |
| CONSULTING ENGINEERING, P.C. 35 WEST 35th STREET, NY, NY 10001 | SCHEMATIC WALL SECTION | DATE: 02/15/2013 | |

GWFG 000230



GWFG 000231



GWFG 000232

# 3RD (100' WIDE) AVENUE

wall thickness schedule

—spots with missing styrofoam—

distance from access line to north face of south wall

distance from access line to south face of south wall

wall thickness + distance from access line = south face of wall location

SOUTH WALL—GRID PROBE LOCATION

CERTIFIED TO: NYC DEPARTMENT OF BUILDING

SOUTH FACE OF SHEAR WALL LOCATION —GL 1
NOTES:
1. VIDEO BORESCOPE MEASUREMENT WALL THICKNESS —ACCURACY 0.03"
2. THE ACCURACY OF MEASURMENT IS 0.03" DOE DAMAGED STYROFOAM BEHIND THE WALL

NOTE:
1. UNAUTHORIZED ALTERATION OR ADDITION TO THIS SURVEY IS A VIOLATION
OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.
2. COPIES OF THIS SURVEY MAP NOT BEARING THE LAND SURVEYOR'S INKED SEAL
OR EMBOSSED SEAL SHALL NOT BE CONSIDERED TO BE A VALID TRUE COPY.
3. CERTIFICATION INDICATED HEREON SHALL RUN ONLY TO THE PERSON FOR
WHOM THE SURVEY IS PREPARED, AND ON HIS BEHALF TO THE TITLE COMPANY,
GOVERNMENTAL AGENCY AND LENDING INSTITUTION LISTED HEREON AND TO THE
ASSIGNEES OF THE LENDING INSTITUTION. CERTIFICATIONS ARE NOT TRANSFERABLE
TO ADDITIONAL INSTITUTIONS OR SUBSEQUENT OWNERS.
4. UNDERGROUND IMPROVEMENTS OR ENCROACHMENTS, IF ANY, ARE NOT SHOWN HEREON.

DATE: MAY 22, 2013

3 AVE.—14 STREET
BOROUGH OF MANHATTAN
COUNTY OF NEW YORK
STATE OF NEW YORK
TAX MAP
SECTION
BLOCK 986
LOTS 5 AND 1

PAUL A. B.
ENGINEERING AND LAND
SURVEYING, P.C.
150—18 HILLSIDE AVENUE
JAMAICA, N.Y. 11432
TELEPHONE (718) 657—8444
FAX (718) 657—8555   K.S.

PAUL BARYGOL, LS.
NEW YORK LICENSE 050782
DAVID D AMERP.E.
NEW YORK LICENSE 057034—1

GWFG 000233

EXHIBIT "7"



SURVEYORS
ENCROACHEMENT
REFERENCE
MARK.

AS SHOWN THE
CONCRETE
ENCROACHES AN
ADDITIONAL 7
INCHES FROM
REFERENCE MARK.



SURVEYORS
ENCROACHEMENT
REFERENCE MARK.

AS SHOWN THE
CONCRETE
ENCROACHES AN
ADDITIONAL 9
INCHES FROM
REFERENCE
MARK.

EXHIBIT "8"





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Overview for Complaint #:1421245 = ACTIVE

**Complaint at: 133 3 AVENUE**                                    BIN: 1019498        **Borough: MANHATTAN    ZIP: 10003**

Re: THE BOROUGH COMMISSIONER HAS ORDERED ALL WORK STOPPED FOR NEW BUILDING APPLICATION #
120643330 FOR INTENT TO REVOKE APPROVALS AND PERMIT

**Category Code:**        05    PERMIT - NONE (BUILDING/ PA/ DEMO ETC.)

**Assigned To:**        MANHATTAN BOROUGH OFFICE                                    **Priority: B**

**Received:**     04/15/2016  08:26              **Block:** 896        **Lot:** 5                    **Community Board:** 106
**Owner:**          X X

            **Last Inspection:** - -- NONE --
            **Disposition:** -

## Complaint Disposition History

| # | Disposition | | Disposition | Inspection | Date |
| | Date | Code | | By | |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

EXHIBIT "9"





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**Permits In-Process / Issued by Premises**

Page: 1 of 1

Premises: 133 3 AVENUE MANHATTAN

BIN: 1019498   Block: 896   Lot: 5

| NUMBER | JOB TYPE | SEQ NO | ISSUED DATE | EXPIRATION DATE | STATUS | APPLICANT NAME |
|---|---|---|---|---|---|---|
| 122563387-01-EW OT | A2 - ALT2 | 01 | 04/01/2016 | 11/18/2016 | REVOKED | BREMPOS MICHAIL |
| 122370567-01-EQ SH | A3 - ALT3 | 02 | 03/30/2016 | 03/30/2017 | ISSUED | TALISSE CHARLES |
| 121465253-01-EQ OT | A3 - ALT3 | 01 | 12/21/2012 | 07/01/2013 | ISSUED | COEN COLM |
| 120948813-01-EW SD | A2 - ALT2 | 03 | 02/05/2014 | 02/05/2015 | ISSUED | SBEGLIA FRANK |
| 120925133-01-EQ SH | A3 - ALT3 | 04 | 03/28/2014 | 03/28/2015 | ISSUED | KIM JOE |
| 120643330-05-PL | NB - NEWB | 03 | 04/28/2014 | 04/28/2015 | REVOKED | BASIAS EMMANUEL |
| 120643330-01-NB | NB - NEWB | 07 | 11/18/2015 | 11/17/2016 | REVOKED | BREMPOS MICHAIL |
| 120643330-01-EQ FN | NB - NEWB | 05 | 05/15/2015 | 05/14/2016 | REVOKED | BREMPOS MICHAIL |
| 110254830-01-DM | DM - DEMO | 01 | 10/17/2008 | 10/21/2009 | ISSUED | ALAGNA GIUSEPPE |
| 110254830-01-EQ FN | DM - DEMO | 01 | 10/16/2008 | 10/21/2009 | ISSUED | ALAGNA GIUSEPPE |
| 100588570-01-AL | A1 - ALT1 | 01 | 06/28/1993 | 06/28/1994 | ISSUED | RUIZ NIKKI |
| 1PL002845-05-EW SD | | 03 | 04/28/2014 | 04/28/2015 | ISSUED | SBEGLIA FRANK |
| 1PL002844-05-EW SP | | 03 | 04/28/2014 | 04/28/2015 | ISSUED | SBEGLIA FRANK |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

Case 1:17-cv-01007-LTS-BCM Document 70-4 Filed 11/18/20 Page 81 of 92

EXHIBIT "10"

## WILKOFSKY, FRIEDMAN, KAREL & CUMMINS

### ATTORNEYS AND COUNSELORS AT LAW

JONATHAN J. WILKOFSKY ✦
MARK L. FRIEDMAN✦
DAVID B. KAREL◻✦△
HARRY A. CUMMINS◊✦△

ROMAN RABINOVICH◊✦
JASON LEACOCK◊
CASEY SPELLMAN ✤

R. RAY ORRILL, JR.,• OF COUNSEL
LESLEY E. LITTLE,■ OF COUNSEL
KEITH A. SELDIN,•✦ OF COUNSEL
HAMMID M. SOUEIDAN II,★ OF COUNSEL
LESLIE JONES-THOMAS,✦ OF COUNSEL
JON D. BILLER,◻✦ OF COUNSEL

◻ ADMITTED CT
• ADMITTED FL
• ADMITTED LA
★ ADMITTED MI
◊ ADMITTED NJ
✦ ADMITTED NY
△ ADMITTED PA
■ ADMITTED TX
✤ADMITTED WA

299 BROADWAY • SUITE 1700
NEW YORK, NEW YORK 10007
TEL: (212) 285-0510/(888) 285-0510
FAX: (212) 285-0531/(877) 285-1341

www.wfkclaw.com

CONNECTICUT OFFICE:
2750 WHITNEY AVENUE
HAMDEN, CT 06618

FLORIDA OFFICE:
1934 COMMERCE LANE, SUITE 2
JUPITER, FL 33458

LOUISIANA OFFICE:
330 CARONDELET STREET
NEW ORLEANS, LA 70130

MICHIGAN OFFICE:
3 PARKLANE BLVD., SUITE 900 W
DEARBORN, MI 48126

NEW JERSEY OFFICE:
4499 ROUTE 27
KINGSTON, NJ 08528

PENNSYLVANIA OFFICE:
1835 MARKET STREET
PHILADELPHIA, PA 19103

TEXAS OFFICE:
700 LOUISIANA, SUITE 5100
HOUSTON, TX 77002

March 25, 2015

Rosner Nocera & Ragone, LLP
61 Broadway, Suite 1900
New York, New York 10006
Attn: John Nocera

RE:   Coral Realty, LLC et al.
Date of Loss 12-5-12
Coral Claim # 040514018651
Our File No.: 15T1052

Dear Mr. Nocera:

I am writing to advise that we have been retained by Coral to assist it with coverage issues that may arise resulting from the above-referenced claim. We have been provided with a copy of your email to Jeffrey Berkowitz dated March 16, 2015. Such email was ostensibly written in response to Mr. Berkowitz's email which advised Federal Insurance Company of the deposition of Coral which was then scheduled for March 19th, 2015. Such examination has been adjourned.

While you advised that you had "no objection to the insured proceeding with the March 19 depositions (sic)," you as well stated that the "policy has provisions regarding transfer of rights, non-impairment of subrogation, and recovery of property, all of which are controlling and together with all other policy provisions, should not be deemed waived or modified by anything in any communication we have had or may have."

WILKOFSKY, FRIEDMAN                                    March 25, 2015
KAREL & CUMMINS                                           -page 2-

Such added language has created additional concern to the
insured.  Coral does not wish to take any actions which could be
perceived as jeopardizing or otherwise impairing any subrogation
rights or actions that Federal Insurance Company may wish to
exercise.  Accordingly, we request and implore Federal Insurance
Company to associate with Jeffrey Berkowitz, his firm and Coral and
fully participate in the litigation, including all depositions.

Should Federal Insurance Company have any advice or suggestion
with regard to the handling of the litigation, with regard to the
preparation of any documents, responses, or demands we implore you to
advise at once.  We as well implore Federal to participate in and
become involved in all examinations before trial, including the
preparation of the witness being produced by Coral for examination
before trial.  Please have Federal appear and participate in Coral's
upcoming examination, as well as the other examinations to be
conducted in the litigation.

Considering your email to Jeffrey Berkowitz, our client does not
wish to take any further actions in this matter without the full
advice and consent of Federal Insurance Company.  We appreciate that
you may not have intended to cause concern and distress to Coral,
nevertheless your email which as well stated that you were "not
making coverage decisions or any statements which should be
interpreted as either granting or denying coverage in connection with
the claim..." has caused our client anxiety and alarm.

Further, in light of your letter, please advise at this time if
Federal Insurance Company has any coverage issues, in order that we
can properly respond.  We understand that the only estimated cost of
repairs prepared on behalf of Federal to date is in the sum of
$15,871.62.  It is our understanding that the claim would be viewed
by any adjuster as a large loss which should be handled and addressed
accordingly.

Thank you for considering the foregoing.  Please respond and
advise if your client will associate with the litigation.  Lastly,
nothing contained in this letter should be construed as any waiver,
or any estoppel of any rights, privileges or claims of Coral Realty,
LLC et al.

Very truly yours,

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

By: _____
DAVID B. KAREL

DBK:tbh
15T1052.C1.wpd
cc:   Jeff Berkowitz
      David Podolsky
      Karl Denison

EXHIBIT "11"



**YORK**
Specialized Loss Adjusting

6 Butler Place
Saratoga Springs, NY  12866
Tel:  (973) 404-1077
Fax: (518) 226-6042
Cliff.hyde@yorkrsg.com
www.yorkrsg.com

The strength of York
Experience, Leadership, and Integrity

November 12, 2015

Goodman-Gable-Gould/ Adjusters International
10110 Molecular Drive, Suite 300
Rockville, MD 20850
Attn:  Karl L. Denison, CPPA
        Executive Vice President

|  | RE: | **Insured:** | **Coral Realty, LLC** |
|---|---|---|---|
|  |  | **York File No.:** | **YKFA-014828** |
|  |  | **Claim Number:** | **CHME-0707A9** |
|  |  | **Policy Period:** | **August 15, 2012 - 2013** |
|  |  | **Policy No:** | **00998362100** |
|  |  | **Loss Location:** | **201 East 14th Street** |
|  |  |  | **New York, NY 10013** |
|  |  | **Date of Loss:** | **December 5, 2012** |
|  |  | **Type of Loss:** | **Property Damage** |

Dear Mr. Denison,

Our consultants have prepared their analysis in response to the insured's most recent claim submission, a copy of which is attached for discussion purposes. We agree, as you requested, that we should schedule a meeting or discussion, including our respective consultants, to review this claim further.

As I previously advised in my October 20, 2015 e-mail, the major points of variance appear to relate to the nature of any temporary ingress/egress required while the repair is being made, and to the now reduced extent of any seismic gap issue.

As to the first point, if any temporary ingress/egress is required, it will only require a temporary stairway.  We have seen no evidence that the DOB will require a fully enclosed climate controlled staircase constructed to the permanent level of construction standards provided for in the Atlantic estimate.  To the contrary, our consultants have researched this issue and have received advice from the DOB that a temporary stairway with a light weight roof, enclosed with safety netting, will be acceptable.  This issue is addressed in detail in the DBI Building Consultants attachment.

As to the second issue, my October 20, 2015 e-mail attached a November 19, 2013 two page drawing by Structural Engineering Technologies, PC; Drawing S – 110.00 – 111.00, which bears a June 17, 2015 DOB approval stamp.  That drawing is a public record on file with DOB and we are informed that the DOB has approved the work shown on it subject to an inspection.

York Risk Services Group, Inc.                                November 12, 2015
Coral Realty, LLC
YKFA-014828
Status Letter

Page 2 of 3

That stamped drawing indicates there is no seismic gap issue requiring correction with respect to the area below the 133 3rd Ave. second floor slab.

Based upon that information, we are advised the demolition or removal of the south wall and floor slabs of the existing concrete structure at 133 3rd Ave., will only be required for the (top) fourth floor slab of that structure, down to its second floor slab. The 133 3rd Ave. second floor slab (except for its southerly edge) and the area beneath will not require demolition/removal, according to this publicly filed document. Therefore, it appears there is no necessity for repairs to be made to any appreciable extent to the corresponding exterior wall areas of the insured's building.

These two facts, alone, have a significant impact upon the cost and the projected time frame of any necessary repairs. As set forth in the attached, DBI estimates that the reasonable costs incurred by the insured to repair the affected areas from the inside of the Coral building would total $735,028 under the same methodology you propose, rather than $7,029,337 as stated in the latest Atlantic estimate.

Finally, we are continuing to explore if a satisfactory arrangement can be made with the owners of 133 3rd Ave., to allow a repair of the EIFS of the Coral building from the exterior of 129 3rd Ave.  If the 129 3rd Ave. EIFS repair can be made from the exterior, it will expedite the repair, and further lessen the necessary cost of repair.  It will also eliminate or significantly remove the inconvenience and disruption affecting the insured's dormitory building which would occur under the Atlantic proposal.

Therefore, Federal Insurance Company again supplements its prior advice to you regarding additional time necessary for the investigation of this claim, both to review the enclosed with the insured and also to continue to examine if a suitable arrangement can be made to perform the repair from the exterior of the building, as discussed at the meeting you attended on September 3, 2015.

If you have any questions or wish to discuss this further please call or email me.

Please be advised that our reservations of rights and other pertinent responses to the claim, including those set forth in our counsel's August 28, 2015 letter to you, remain outstanding, and are incorporated by reference herein.

Best regards,

*Clifford W. Hyde Jr.*
Clifford W. Hyde, Jr.
Executive General Adjuster

York Risk Services Group, Inc.                                    November 12, 2015
Coral Realty, LLC
YKFA-014828
Status Letter

Page 3 of 3


CC:     Gary Pettit
        Senior Property Claims Analyst
        York Risk Services Group, Inc.
        Via Email: gary.pettit@yorkrsg.com

        Rosner, Nocera & Ragone, LLP
        61 Broadway, Suite 10006
        New York, NY 10006
        Attn:  John Nocera
        Via Email:  jnocera@rnrlawgroup.com

        Chubb Group of Insurance Companies
        PO Box 358
        Jamison, PA 18929
        Attn:  Mark Zimmerman, Sr. General Adjuster
        Via Email:  mzimmerman@chubb.com

---------- Forwarded message ----------
From: **Hyde, Cliff** <Cliff.Hyde@yorkrsg.com>
Date: Tue, Oct 20, 2015 at 9:15 AM
Subject: Coral Realty - YKFA-014828
To: KDenison@gggai.com, management@coralreal.com
Cc: jnocera@rnrlawgroup.com, mzimmerman@chubb.com, "Hyde, Cliff" <Cliff.Hyde@yorkrsg.com>, SLA
Docs <sladocs@yorkrsg.com>

Dear Karl:


Please allow this email to provide you with our current status on this loss.  We and our consultants are reviewing your October 14, 2015 comments to the Halliwell and DBI analysis which we had sent you on August 28, 2015.  Once we have completed our review, we will contact you to schedule a discussion of the claim. We have asked our consultants to provide a written response. Therefore, the meeting dates which you propose for next week will not be possible. Once we have prepared our response, which we anticipate will be within the next two weeks, we will forward same to you and we can then set up a meeting, including at the site if you request.


While awaiting your reply to our August 28 response to the proof of loss, we have continued to investigate the claim based upon other available information, including the alternative exterior repair option we previously discussed with you and which was the subject of our September 3, 2015 meeting.  By way of partial response to your October 14, 2015 comments, and to update you regarding the status of Chubb's claim investigation, we attach a November 19, 2013 two page drawing by Structural Engineering Technologies, PC; Drawing S – 110.00 – 111.00. The drawing bears a June 17, 2015 DOB stamp (relating to egress and fire prevention examination).  This drawing is a public record on file with the Department of Buildings, and we are informed that the DOB has approved the work shown on it. If your engineering and construction consultants have not seen this drawing in the course of their own work, we request that you provide it to them and to the insured.


As noted on the drawing, the demolition or removal of the south wall and floor slabs of the existing concrete structure at 133 3rd Ave., will only be required for the (top) fourth floor slab of that structure, down to its second floor slab. The 133 3rd Ave. second floor slab (except for its southerly edge) and the area beneath it does not require demolition/removal, according to this publicly filed document.

As reflected on the drawing, we are informed there is no seismic gap issue which the DOB will require to be remedied with respect to the area below the 133 3rd Ave. 2nd floor slab, which corresponds to the first two floors of Coral's building at 129 3rd Ave.

We provide this information at this time, since it obviously has a major impact upon the Atlantic Estimating, LLC estimate provided with your October 14, 2015 email. For example, page 34 of the Atlantic estimate contemplates concrete removal (working from the interior of the Coral building) of the first floor to the seventh floor of the Coral building. While that scope appears to exceed what is necessary, based upon the information in the attached drawing, no such work would be required for the first two floors of the Coral building, even if the repair methodology underlying the Atlantic estimate were employed.

Assuming that a satisfactory arrangement can be made with the owners of 133 3rd Ave., we have asked DBI Construction Consultants to prepare an estimate as to the cost to repair the EIFS of the Coral building from the exterior of 129 3rd Ave. We enclose that estimate, dated October 14, 2015. If the 129 3rd Ave. EIFS repair can be made from the exterior, it will expedite the repair, and greatly lessen the scope of work. It will also eliminate or considerably remove the inconvenience and disruption affecting the insured's dormitory building which would occur under the Atlantic proposal. Therefore, Chubb supplements its prior advice to you regarding additional time necessary for the investigation of this claim, both to review the October 14, 2015 comments which you have provided to our August 28, 2015 response to the insured's proof of loss, and also to continue to examine if a suitable arrangement can be made to perform the repair from the exterior of the building, as previously discussed at the meeting you attended on September 3, 2015.

Please be advised that our reservations of rights and other pertinent responses to the claim set forth in our counsel's August 28, 2015 letter to you remain outstanding, and are incorporated by reference herein.

If you have any questions or need to discuss this matter any further please call or email me.

Best Regards,

*Clifford W. Hyde Jr.*

Clifford W. Hyde Jr.

Executive General Adjuster

York Risk Services Group, SLA Division

6 Butler Place, Suite 2

Saratoga Springs, NY 12866

Phone: (973) 404-1077

Fax:    (518) 226-6042

Cell:   (917) 291-4100

Email:  cliff.hyde@yorkrsg.com

*No representative of the Specialized Loss Adjusting Division of York Risk Services Group, Inc. ("York"), or any consultant retained on behalf of the insurer(s) working with "York", has any authority either to bind the insurer(s) to coverage, or to interpret, waive, or alter any of the terms, conditions, or limitations of the policy. The insurer (s) reserves the right to make all decisions concerning coverage. For the avoidance of doubt, nothing that York communicates to you with respect to this matter constitutes any decision of any kind with respect to any coverage of any kind or an interpretation, waiver or alteration of any policy term, condition or limitation of any insurance policy.*

--
**David Podolsky**
**Coral Realty LLC**
**400 Broome Street 11th Fl**
**New York NY 10013**
**Office 212 219-3800**
**Fax 212 925-4412**
**Cell 917-885-6666**
**Email: davidpny@gmail.com**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited





SECTION 1
SCALE 3/4" = 1'-0"

Structural Engineering
Technologies, P.C.

CONSULTING STRUCTURAL ENGINEERS

ALL RIGHTS RESERVED

133 3RD AVENUE
NEW YORK, N.Y.

PHASE 2 WORK
SOUTH WALL REPAIR

S-111