**From:** "Rocco, Charles" <crocco@fgmr.com>
**Date:** October 30, 2020 at 1:42:10 PM EDT
**To:** Jonathan Wilkofsky <jon@wfkclaw.com>
**Cc:** "Vicere, Ashley C." <avicere@fgppr.com>
**Subject: RE: Settlement and the plans**

Jon:

Based on the Court's ruling, almost 50% of the appraisal award is subject to coverage determination in the pending litigation. We are trying to eliminate issues so that we can streamline discovery and save our clients time and money. The partial screen shot is insufficient to resolve this issue.

We are operating on two separate tracks here. I will address settlement in the "confidential settlement discussions" email chain.

Charles

Charles J. Rocco