| From: | jnocera@rnrlawgroup.com |
|---|---|
| Sent: | Tuesday, September 22, 2015 4:46 PM |
| To: | Jeffrey Bossert; Tomer Saar; Christopher Dollbaum; Mark J. Zajac |
| Cc: | mzimmerman@chubb.com; Cliff.Hyde@Yorkrsg.com; John Foudy; Luke Marcoux; John Nocera |
| Subject: | RE: Coral Realty Re McArthur Morgan  133 3rd Ave- 11-18-13 drawing review |
| Attachments: | image001.gif |

Privileged and confidential attorney-client communication attorney work product

I've asked 133's attorney if we can share this with coral and await response. Meanwhile, they assume:

The June 17, 2015 date relates to that stamped date showing the zoning, egress and fire approval.

It is assumed that the shoring reference for the fourth floor would be supporting the fifth floor. However, there is a note 2 on the drawings that they would be starting work from the fourth floor going down. Requires clarification.

I don't think we need to worry about the setback or the property line so long as the city approves the plans.

With respect to item 4, do we need detail for the removal of those sections along the north or west wall and elevator shaft? Do we care what they do there so long as they get the necessary municipal approval and are able to expose the insured's wall for the repair? Or is there some impact on the work needed to be done to repair the insureds wall?

Thanks for looking at this and will keep you posted. Regards, John