Gmail

Richard Herzfeld <rherzfeld@herzfeldlaw.com>

---

## Coral /McArthur Morgan Litigations
1 message

---

**Richard Herzfeld** <rherzfeld@herzfeldlaw.com>   Mon, Jul 1, 2019 at 9:32 AM
To: "Cullen,Jr., James" <jcullen@cozen.com>, Jgraf@cozen.com
Bcc: "Davidpny@gmail.com (davidpny@gmail.com)" <davidpny@gmail.com>, Chris Alcamo <calcamo@forkoshgroup.com>

James P. Cullen, Jr., Esq.

Jeanine Graf, Esq.

As you know, I have substituted in as counsel for Coral in the McArthur Morgan action. However, as I understand it, Federal is the real party in interest at this point. Federal has committed to pay Coral for the loss and the amount will be determined in the pending Federal action. The state action will impact the carrier's ability to collect as subrogee but will not affect the carrier's commitment to pay or the amount to be paid.

If I am correct, then Federal should really be handling this action as well. Coral, of course, is willing to assist in any way possible, but it should not have to continue paying attorneys fees in an action where Federal is the real party in interest.

As the time to respond to the various motions is short, please give me a call as soon as possible to discuss this further.

-- Rich

Richard L. Herzfeld
Richard L. Herzfeld, P.C.
112 Madison Avenue
8th Floor
New York, NY 10016
212-818-9019
www.herzfeldlaw.com

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited.

Please immediately contact the sender if you have received this message in error. Thank you.