

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORAL REALTY, LLC, et al.,

    Plaintiffs,

-against-

FEDERAL INSURANCE COMPANY, et al.,

    Defendants.

17-CV-1007 (LTS) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    A continued settlement conference, for counsel only, is scheduled before Magistrate Judge Barbara Moses on **June 2, 2021, at 2:00 p.m.**

> **THE PARTIES ARE DIRECTED TO READ THIS ENTIRE ORDER CAREFULLY. FAILURE TO COMPLY WITH PRE-CONFERENCE RESPONSIBILITIES MAY RESULT IN SANCTIONS.**

    1.    <u>Joint Settlement Letter</u>. No later than **May 27, 2021**, the participants shall submit a joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference." **<u>Do not file the joint settlement letter on ECF.</u>** The joint settlement letter is limited to five pages, not including any exhibits, which are permitted but should be kept to a minimum. The letter should contain:

        a.    A brief description of settlement negotiations since the prior conference, including the date and time of the last good-faith settlement discussion(s) and the terms of each participant's most recent demand, offer, or proposal.

        b.    Any other information likely to be helpful to the settlement process.

    2.    <u>Individual Settlement Letters</u>. If a participant wishes to submit an additional confidential settlement letter to the Court, it may do so no later than **May 27, 2021** by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for

Use Only at Settlement Conference." **Do not file the confidential settlement letter on ECF.** Individual settlement letters are limited to two pages, not including any exhibits, which are permitted but should be kept to a minimum.

3. <u>Service to Non-Parties</u>. The parties are directed to serve this Order on all other participants no later than **May 17, 2021**.

4. **<u>Remote Attendance Required Due to Coronavirus Risk</u>. For the duration of the COVID-19 public health emergency, and unless otherwise ordered by the Court, all attendees must participate in the settlement conference remotely, using the Court's videoconferencing technology (Microsoft Teams) or (with the prior approval of the Court) such alternative videoconferencing technology as the participants agree upon and arrange. If the Court's technology is used, the Court will provide the link and further instructions in an email to counsel closer to the date of the conference.**

5. <u>No Effect on Other Deadlines</u>. Neither the scheduling of a settlement conference nor any adjournment affects the participants' other litigation deadlines or obligations.

Dated: New York, New York
May 11, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**