# WILKOFSKY, FRIEDMAN, KAREL & CUMMINS

| | | |
|---|---|---|
| **JONATHAN J. WILKOFSKY**♦<br>**MARK L. FRIEDMAN**♦<br>**DAVID B. KAREL**□♦▲ (Retired)<br>**HARRY A. CUMMINS**◊♦▲ | ATTORNEYS AND COUNSELORS AT LAW<br>299 BROADWAY • SUITE 1700<br>NEW YORK, NEW YORK 10007<br>TEL: (212) 285-0510 / (888) 285-0510<br>FAX: (212) 285-0531 / (877) 285-1341 | **CONNETICUT OFFICE:**<br>1 ELIOT PLACE, 3RD FL.<br>FAIRFIELD, CT. 06824<br>**FLORIDA OFFICE:**<br>270 SOUTH CENTRAL BLVD, STE. 203<br>JUPITER, FL 33458 |
| **ROMAN RABINOVICH**◊♦ | www.wfkclaw.com | **LOUSIANA OFFICE:**<br>330 CARONDELET STREET<br>NEW ORLEANS, LA 70130 |

**R. RAY ORRILL, JR.,** • OF COUNSEL
**LESLIE E. LITTLE,** ■ OF COUNSEL
**KEITH A. SELDIN,** *♦ OF COUNSEL
**KEVIN A. COLES,** □ OF COUNSEL
**CATHERINE L. CREAGER,** □ OF COUNSEL
**LESLIE JONES-THOMAS,** ♦ OF COUNSEL
**DAVID C. INDIANO,** ◦▼OF COUNSEL
**JEFFREY M. WILLIAMS,** ▼OF COUNSEL
□ADMITTED CT
*ADMITTED FL
•ADMITTED LA
◊ADMITTED NJ
♦ADMITTED NY
◦ ADMITTED OH
▲ADMITTED PA
▼ADMITTED PR
■ADMITTED TX

**NEW JERSEY OFFICE:**
4499 ROUTE 27
KINGSTON, NJ 08528

**PENNSYLVANIA OFFICE:**
1835 MARKET STREET, SUITE 2700
PHILADELPHIA, PA 19103

**PUERTO RICO OFFICE:**
207 DEL PARQUE STREET, 3RD FL.
SAN JUAN, PR 00912

**TEXAS OFFICE:**
2229 SAN FELIPE, SUITE 1000
HOUSTON, TX 77019

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/21

June 2, 2021

Honorable Barbara C. Moses
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

      **RE: Coral Realty LLC v. Federal Ins. Co.**
        **Docket No.: 1:17-cv-1007-LTS-BCM**

Dear Magistrate Judge Moses:

  Please treat this letter as plaintiffs' motion to adjourn the conference call scheduled for this afternoon pursuant to the prior order of the court.

  As we previously explained, since our mediation, Coral and Federal have been focused on resolving the litigation before you and have made significant progress. Because we feel that the resolution with Federal will then allow us to better address settlement of the State claims, we have put all of our effort into that settlement and as such, there has been minimal discussion with State defendants.

  Based upon the foregoing we are requesting a 2 week extension of the due date for the joint report and an adjournment of today's conference call. We are hopeful that we will be in a better position with respect to the Federal settlement and will have had more substantive discussions with the State defendants at that time. Federal concurs in this request.

Sincerely,

WILKOFSKY, FRIEDMAN,
 KAREL & CUMMINS

By: _____
   JONATHAN J. WILKOFSKY

---

Application GRANTED. The continued settlement conference is adjourned to **June 17, 2021**, beginning at **2:00 p.m.** The parties' joint settlement letter is due by **June 14, 2021**. The parties shall promptly serve this order on all non-party participants. SO ORDERED.

_/s/ Barbara Moses_
Honorable Barbara C. Moses
June 2, 2021