# WILKOFSKY, FRIEDMAN, KAREL & CUMMINS

ATTORNEYS AND COUNSELORS AT LAW

JONATHAN J. WILKOFSKY♦
MARK L. FRIEDMAN♦
DAVID B. KAREL◻♦▲ (RETIRED)
HARRY A. CUMMINS◊♦▲

ROMAN RABINOVICH◊♦

KEVIN A. COLES◻ OF COUNSEL
CATHERINE L. CREAGER◻ OF COUNSEL
KEITH A. SELDIN*♦ OF COUNSEL
R. RAY ORRILL, JR. ● OF COUNSEL
MICHAEL D. BARNES◯ OF COUNSEL
LESLIE JONES-THOMAS♦ OF COUNSEL
DAVID C. INDIANO◦▼ OF COUNSEL
JEFFREY M. WILLIAMS▼ OF COUNSEL
LESLEY E. LITTLE■ OF COUNSEL

◻ADMITTED CT
*ADMITTED FL
●ADMITTED LA
◯ADMITTED NC
◦ADMITTED NJ
♦ADMITTED NY
◊ADMITTED OH
▲ADMITTED PA
▼ADMITTED PR
■ADMITTED TX

299 BROADWAY • SUITE 1700
NEW YORK, NEW YORK 10007
TEL: (212) 285-0510/(888) 285-0510
FAX: (212) 285-0531/(877) 285-1341

www.wfkclaw.com

**CONNECTICUT OFFICE:**
1 ELIOT PLACE, 3RD FL
FAIRFIELD, CT 06824

**FLORIDA OFFICE:**
270 SOUTH CENTRAL BLVD, STE 203
JUPITER, FL 33458

**LOUISIANA OFFICE:**
2800 VETERANS MEMORIAL BLVD, STE 204
METAIRIE, LA 70002

**NORTH CAROLINA OFFICE:**
1909 J.N. PEASE PL, STE 202
CHARLOTTE, NC 28262

**NEW JERSEY OFFICE:**
4499 ROUTE 27
KINGSTON, NJ 08528

**PENNSYLVANIA OFFICE:**
1835 MARKET STREET, SUITE 2700
PHILADELPHIA, PA 19103

**PUERTO RICO OFFICE:**
207 DEL PARQUE STREET, 3RD FL
SAN JUAN, PR 00912

**TEXAS OFFICE:**
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

**MEMO ENDORSED**

June 14, 2021

Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/21
```

      RE:  Coral Realty LLC, et al
           v. Federal Ins. Co., et al
           Docket No.: 1:17-cv-1007-LTS-BCM
           <u>Our File No.: 15J125</u>

Dear Magistrate Judge Moses:

   Please treat this letter as Plaintiffs' motion to adjourn the due date for our joint letter due today and the conference scheduled for this Thursday June 17 respectively pursuant to the prior order of the Court.

   As we previously explained, since our mediation, Coral and Federal have focused on resolving this litigation and we are at the culmination of these negotiations with an agreement in principle. We feel the resolution with Federal will allow us to better address the settlement of State claims. However, due to the lengthy negotiations, coupled with the untimely death of a teenage member of Mr. Podolsky's immediate family this past Friday in an automobile accident, additional time would be helpful.

| | |
|---|---|
| **WILKOFSKY, FRIEDMAN**<br>**KAREL & CUMMINS** | June 14, 2021<br>**PAGE 2 OF 2** |

Based upon the foregoing we are requesting a 2 week extension of the due date for the joint report and an adjournment of Thursday's conference call. We believe that we will have finalized the Federal settlement by then. Federal concurs in this request and several (but not all) counsel in the State case have consented as well.

          Sincerely,

          WILKOFSKY, FRIEDMAN,
          KAREL & CUMMINS

By: _____
     Jonathan Wilkofsky

20151/15J125.C81

---

Application GRANTED. The deadline for the parties' joint settlement letter is EXTENDED to **June 28, 2021**. The settlement conference scheduled for June 17, 2021 is adjourned *sine die*, pending the Court's receipt of the joint letter. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 15, 2021