## WILKOFSKY, FRIEDMAN, KAREL & CUMMINS

| | | |
|---|---|---|
| **JONATHAN J. WILKOFSKY**♦<br>**MARK L. FRIEDMAN**♦<br>**DAVID B. KAREL**□♦▲ (Retired)<br>**HARRY A. CUMMINS**◇♦▲<br>———————<br>**ROMAN RABINOVICH**◇♦<br>———————<br>R. RAY ORRILL, JR., • OF COUNSEL<br>LESLIE E. LITTLE, ■ OF COUNSEL<br>KEITH A. SELDIN, *♦ OF COUNSEL<br>KEVIN A. COLES, □ OF COUNSEL<br>CATHERINE L. CREAGER, □ OF COUNSEL<br>LESLIE JONES-THOMAS, ♦ OF COUNSEL<br>DAVID C. INDIANO, ○▼OF COUNSEL<br>JEFFREY M. WILLIAMS, ▼OF COUNSEL<br>□ADMITTED CT<br>*ADMITTED FL<br>•ADMITTED LA<br>◇ADMITTED NJ<br>♦ADMITTED NY<br>○ADMITTED OH<br>▲ADMITTED PA<br>▼ADMITTED PR<br>■ADMITTED TX | ATTORNEYS AND COUNSELORS AT LAW<br>299 BROADWAY • SUITE 1700<br>NEW YORK, NEW YORK 10007<br>TEL: (212) 285-0510 / (888) 285-0510<br>FAX: (212) 285-0531 / (877) 285-1341<br>———————<br>www.wfkclaw.com | **CONNETICUT OFFICE:**<br>1 ELIOT PLACE, 3ʳᴰ FL.<br>FAIRFIELD, CT. 06824<br><br>**FLORIDA OFFICE:**<br>270 SOUTH CENTRAL BLVD, STE. 203<br>JUPITER, FL 33458<br><br>**LOUSIANA OFFICE:**<br>330 CARONDELET STREET<br>NEW ORLEANS, LA 70130<br><br>**NEW JERSEY OFFICE:**<br>4499 ROUTE 27<br>KINGSTON, NJ 08528<br><br>**PENNSYLVANIA OFFICE:**<br>1835 MARKET STREET, SUITE 2700<br>PHILADELPHIA, PA 19103<br><br>**PUERTO RICO OFFICE:**<br>207 DEL PARQUE STREET, 3ʳᴰ FL.<br>SAN JUAN, PR 00912<br><br>**TEXAS OFFICE:**<br>2229 SAN FELIPE, SUITE 1000<br>HOUSTON, TX 77019 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/21
```

**MEMO ENDORSED**

July 27, 2021

Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

> Application GRANTED. The deadline for the parties' joint settlement letter is EXTENDED to **August 11, 2021**. The settlement conference remains adjourned *sine die*, pending the Court's receipt of the joint letter. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> July 28, 2021

RE: **Coral Realty LLC, et al v. Federal Ins. Co., et al**
**Docket No.: 1:17-cv-1007-LTS-BCM**
**Our File No.: 15J125**

Dear Magistrate Judge Moses:

Please treat this letter as the parties' joint motion to adjourn the due date for our joint letter due today.

Plaintiffs and Federal have agreed on a settlement and have exchanged several drafts of closing language. The narrow issue referenced in our June 28ᵗʰ submission has been resolved and have the payee issue referenced in out July 13 submission. However, we are waiting for confirmation from Chubb of it's approval of final langauge which we expect momentarily.

While we regret the passage of time, we believe we almost to the end.

**WILKOFSKY, FRIEDMAN,**                          **July 27, 2021**
  **KAREL & CUMMINS**                            **PAGE -2-**

We are constrained and limited to what can be shared until the deal is finalized so, once again, limited outreach has been made to the state parties.

We jointly request a two week adjournment for our joint submission and will leave it to the court to set a follow up call with counsel should the court be so advised once a settlement has been finalized. Thank you.

                         Respectfully,

                         WILKOFSKY, FRIEDMAN,
                           KAREL & CUMMINS

                     By: *Jonathan Wilkofsky*

                       Jonathan Wilkofsky

CC: Email only
James Cullen,Jr., Esq., JCullen@cozen.com
Paul Bartolacci, Esq., PBartolacci@cozen.com
Steven M. Bundschuh, Esq. sbundschuh@hfomlaw.com
Michael D. Camarinos, Esq., mcarnarinos@esgs.com
Jeremy Weg, Esq. , jweg@gvlaw.com
Andrea Silk, Esq. asilk@gvlaw.com
Ivan Torres, Esq.itorres@gvlaw.com
Joseph Tomaino, Esq. jtomaino@lcbf.com
Autumn Knicely, Esq. aknicely@lcbf.com
Leigh Sutton, Esq. lsutton@mdafny.com
Leonardo D'Alessandro, Esq. ldalessandro@milbermakris.com Mark Seiden, Esq.mseiden@milbermakris.com
Vincent Camacho, Esq. vcamacho@milbermakris.com
William G. Winget, Esq. winget.w@wssllp.com
Garry Stevens, Esq. stevens.g@wssllp.com
Brian Heermance, Esq. Bheermance@morrisonmahoney.com
Gerard Espinoza, Esq.Gesoinoza@morrisonmahoney.com
Daniel Folchetti, Esq., Daniel.Folchetti@cna.com
Charles Rocco, Esq., crocco@fgppr.com
David Podolsky, davidpny@grnail.com

JW:ro
20151/15J125.C84